UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

Tyreese Dorran Pugh,
Defendant.

Case No. _____02-078-E_____
(Hogan, M.J.)

**FILED**
MAY - 7 2002 9:23 am
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

**CRIMINAL MINUTES before
Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: **Barbara Crum**
Court Reporter:
Date/Time: **May 7, 2002 @ 1:30 pm**

United States Attorney: _Ralph Kohnen for Wende Cross_  Defendant Attorney: _Richard Smith Monahan_

✱ *Initial Appearance Hearing on* [✓] Complaint; [] Indictment; [] Information; or [] petition for supervised release
[✓] Counsel present
[✓] Defendant informed of his / her rights
[✓] Defendant provided copy of charging document
[✓] Government moves for defendant to be detained pending detention hearing _5/9/02 @ 9:30 am_
[✓] Financial affidavit presented (to the Court) Defendant
[✓] Counsel appointed. (FPD)

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on* [] Indictment or [] Information:
Defendant waives reading of: [ ] Indict [ ] Info [ ] Indict Read [ ] Info Read
Defendant pleads: [ ] GUILTY [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks:

# United States District Court

SOUTHERN            DISTRICT OF            CINCINNATI, OHIO

**FILED**
MAY - 6 2002
KENNETH J. MURPHY, Clerk

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Tyreese Dorran Pugh | CASE NUMBER: 02 078 E |

**To:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Tyreese Dorran Pugh, SSAN 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
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

by force and violence and by intimidation taking money belonging to or in the care, custody, control, management, and possession of First National Bank of Southwestern Ohio, 2299 Peck Boulevard, Hamilton, Ohio

in violation of Title ___18___ United States Code, Section(s) ___2113(a)+(d)___

| Timothy S. Hogan | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Timothy S. Hogan | 5/6/02 AT CINCINNATI, OHIO |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____  by _____
                                            Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |