**FILED**

MAY - 7 2002

KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

v.

Case No. 02-078-E
(Hogan, MJ)

Tyreese Dorran Pugh,
    Defendant.

### ORDER APPOINTING COUNSEL

The Defendant has filed with this Court a financial affidavit which shows her inability to retain counsel.

Therefore, the Federal Public Defender, 2000 CBLD Center, 36 East Seventh Street, Cincinnati, Ohio 45202, 513-929-4834, is hereby appointed to represent the Defendant in this matter.

IT IS SO ORDERED.

Date 5/7/02

bac   May 7, 2002

Timothy S. Hogan
United States Magistrate Judge