UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

Tyreese Dorran Pugh,
Defendant.

4806

Case No. _____02-078-E_____
(Hogan, M.J.)

FILED
MAY - 9 2002
11:08am
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

CRIMINAL MINUTES before
Magistrate Judge Timothy S. Hogan

Courtroom Deputy: **Barbara Crum**
Court Reporter: **Betty Schwab, Official Court Reporter**
Date/Time: **May 9, 2002 @ 9:30 am**

United States Attorney: _T. Oakley for W. Cross_    Defendant Attorney: _W. Kelly Johnson_

*Initial Appearance Hearing on [] Complaint; [] Indictment; [] Information; or [] petition for supervised release*
[✓] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

[✓] *Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

[✓] Preliminary Exam Hearing set _5/16/02 @ 1:30 pm_

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____
_____ _____
AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict     [ ] Info   [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks:

5