# United States District Court

SOUTHERN DISTRICT OF OHIO

**FILED**
MAY - 9 2002
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

UNITED STATES OF AMERICA

V.                                           **NOTICE**

**Tyreese Dorran Pugh**

CASE NUMBER: 02-078-E
(Hogan, MJ)

TYPE OF CASE: ☐ CIVIL   ☒ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 701 |
| | DATE AND TIME<br>Thursday, May 16, 2002, at 1:30 pm |

TYPE OF PROCEEDING

**Preliminary Exam before the Honorable Timothy S. Hogan, U.S. Magistrate Judge.**

X TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| | | |

KENNETH J. MURPHY, Jr., CLERK
U.S. MAGISTRATE OR CLERK OF COURT

May 9, 2002
DATE

(By) DEPUTY CLERK

To:
  W. Kelly Johnson, Esq.
  2000 CBLD Center
  36 East Seventh Street
  Cincinnati, Ohio 45202

CC: U.S. Probation Office
    Pretrial Services
    U.S. Marshal's Office
    U.S. Attorney's Office (ATTN: Wende Cross)
    U.S. Attorney's Office (ATTN: Anne O'Leary)

**NOTE: It is the responsibility of Counsel to notify their clients.**