AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

SOUTHERN _____ DISTRICT OF _____ OHIO

FILED
MAY - 6 2002
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

UNITED STATES OF AMERICA
V.
Tyreese Dorran Pugh

4886

**WARRANT FOR ARREST**

CASE NUMBER: 02 078 E

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Tyreese Dorran Pugh, SSAN 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
                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

by force and violence and by intimidation taking money belonging to or in the care, custody, control, management, and possession of First National Bank of Southwestern Ohio, 2299 Peck Boulevard, Hamilton, Ohio

in violation of Title ___18___ United States Code, Section(s) ___2113(a) + (d)___

Timothy S. Hogan
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

/s/ Timothy S. Hogan
Signature of Issuing Officer

5/6/02  AT CINCINNATI, OHIO
Date and Location

Bail fixed at $ _____  by _____
                                Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| Butler County Jail, Hamilton, Ohio |

| DATE RECEIVED<br>05-06-02 | NAME AND TITLE OF ARRESTING OFFICER<br>Terence F. Moran<br>Special Agent - FBI | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>05-07-02 | | |