**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Tyreese Dorran Pugh,
    Defendant.

Case No. __CR-1-02-054-2__
(Weber, J.; Hogan, M.J.)

FILED
KENNETH J. MURPHY
CLERK
2002 MAY 23 AM 9:59
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: **Barbara Crum**
Court Reporter: **Julie Wolfer, Official Court Reporter**
Date/Time: May 23, 2002 @ 9:30 am

United States Attorney: __Wende Cross__     Defendant Attorney: __W. Kelly Johnson__

*Initial Appearance Hearing on [] Complaint; [] Indictment; [] Information; or [] petition for supervised release*
[ ] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____
AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on [✓] Indictment or [] Information:*
Defendant waives reading of: [✓] Indict   [ ] Info   [ ] Indict Read   [ ] Info Read
Defendant pleads: [ ] GUILTY [✓] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[✓] Case to proceed before Judge __Weber__

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks:

14