UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-1-02-054-02 |
| Plaintiff, | |
| | Judge Weber |
| v. | |
| TYREESE DORRAN PUGH, | **MOTION TO WITHDRAWN AS COUNSEL** |
| Defendant. | |

Defendant Tyreese Dorran Pugh, by and through counsel W. Kelly Johnson, respectfully requests that counsel be permitted to withdraw pursuant to § 83.5 of the Local Rules of the United States District Court for the Southern District of Ohio. Counsel for Defendant Pugh submits that a conflict has arisen between Defendant Pugh and the Federal Public Defender's Office which will prohibit counsel from continuing to represent Defendant Pugh.

On June 7, 2002, counsel for Defendant Pugh was notified by Steven R. Keller, Federal Public Defender for the Southern District of Ohio, that a conflict existed between Defendant Pugh and the Federal Public Defenders Office which would necessitate the withdrawal of W. Kelly Johnson, and any representative of the Federal Public Defender's Office, from the representation of Tyreese Pugh. Although Attorney Johnson was not informed of the exact nature of the conflict, it was

represented to counsel by Mr. Keller that a conflict has arisen which would prohibit counsel from representing Mr. Pugh at trial.

Based on the foregoing information, counsel respectfully requests that this Court permit him to withdrawal as counsel and that new counsel be appointed to represent Defendant Tyreese Pugh. Should this Court require additional information concerning the exact nature of the conflict, they should contact Steven R. Keller.

<div style="margin-left:50%">
Respectfully submitted,

STEVEN R. KELLER,
FEDERAL PUBLIC DEFENDER

_____
W. Kelly Johnson (00372412)
Assistant Federal Public Defender
2000 URS Center
36 East Seventh Street
Cincinnati, Ohio 45202
(513) 929-4834

Counsel for Defendant
Defendant Tyreese Dorran Pugh
</div>

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served upon the following individuals by United States mail, postage prepaid on June 11, 2002:

Wende Cross  
United States Attorneys Office  
Atrium II  
221 E. Fourth Street, Suite 400  
Cincinnati, Ohio 45202  

Tyreese Dorran Pugh  
Hamilton County Justice Center  
1000 Sycamore Street  
Cincinnati, Ohio 45202  

J. Robert Andrews  
2662 Madison Road  
Cincinnati, Ohio 45208  

W. Kelly Johnson