

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. CR-1-02-054 |
| Plaintiff, | : | (Judge Weber) |
| v. | : | **MOTION TO EXTEND MOTION DEADLINE** |
| TYREESE DORRAN PUGH, | : | |
| Defendant. | : | |

Now comes Defendant, Tyreese D. Pugh, by and through undersigned counsel, and hereby moves this Court to extend the deadline for filing motions for the reasons set forth below.

Respectfully submitted,

Edward J. Felson (0041988)
Attorney for Defendant
36 East Seventh Street, Suite 1650
Cincinnati, Ohio 45202
(513) 721-2500
fax (513) 721-1120

**MEMORANDUM**

The original deadline was Friday, June 28, 2002. However, the U.S. Attorney's Office has not yet completed its discovery. Therefore, it is only fair to permit Defendant to address any potential motions after discovery is complete. For these reasons, the

USA v. Pugh
Motion to Extend Motion Deadline
Page 2

motion deadline should be extended to a date not less than seven days after the

Government's discovery responses are submitted to Defendant's counsel.

Respectfully submitted,

_____
Edward J. Felson (0041988)
Attorney for Defendant
36 East Seventh Street, Suite 1650
Cincinnati, Ohio 45202
(513) 721-2500
fax (513) 721-1120

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Wendy Cross, Assistant U.S. Attorney, 221 East Fourth Street, Suite 400, Cincinnati, Ohio 45202, and Attorney J. Robert Andrews, 2662 Madison Road, Cincinnati, Ohio 45208, by ordinary U.S. mail ~~or hand delivery~~ this ___ day of _____, 2002.

_____
Edward J. Felson (0041988)

G:\EJF\CRIMINAL\Pugh, Tyreese\MOTION TO EXTEND MOTION DEADLINE.doc