

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. CR-1-02-054 |
| Plaintiff, | : | (Judge Weber) |
| v. | : | **MOTION FOR EXPERT WITNESS FEES** |
| TYREESE DORRAN PUGH, | : | |
| Defendant. | : | |

Now comes Defendant, Tyreese D. Pugh, by and through undersigned counsel, and hereby moves this Court for an expert witness fee paid for by the government for an expert in identification for the reasons set forth below.

Respectfully submitted,

Edward J. Felson (0041988)
Attorney for Defendant
36 East Seventh Street, Suite 1650
Cincinnati, Ohio 45202
(513) 721-2500

### MEMORANDUM

Defendant was arrested for bank robbery. There was no lineup nor showup. Therefore, the only identification is through poor quality photos and the identification abilities of the bank tellers.

It is common knowledge that eyewitness testimony is unreliable. This needs to be explained to the jury at trial. There are experts in this field who are available for a fee.

USA v. Pugh
Motion for Expert Witness Fees
Page 2

Defendant is indigent. Undersigned counsel is appointed. The government should therefore pay the fee for this expert witness. There is such an expert in Dayton, Ohio who has been qualified by the Hamilton County Common Pleas Court. This expert is believed to be reasonably priced and qualified, and from this area.

## CONCLUSION

For the reasons set forth above, the Court should order the government to pay for this expert witness.

Respectfully submitted,

Edward J. Felson (0041988)
Attorney for Defendant
36 East Seventh Street, Suite 1650
Cincinnati, Ohio 45202
(513) 721-2500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Wendy Cross, Assistant U.S. Attorney, 221 East Fourth Street, Suite 400, Cincinnati, Ohio 45202, and Attorney J. Robert Andrews, 2662 Madison Road, Cincinnati, Ohio 45208, by ordinary U.S. mail ~~or hand delivery~~ this ___ day of _____, 2002.

Edward J. Felson (0041988)