UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY

02 JUL -2 PM 12: 17

UNITED STATES OF AMERICA,

    Plaintiff,

  v.        CR-1-02-54-1&2

WALTER PUGH
TYREESE PUGH,

    Defendants,

## ORDER

The above-captioned case is transferred to the United States District Court Clerk for reassignment.

IT IS SO ORDERED.

           _____
           Herman J. Weber, Senior Judge
           United States District Court

26