

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. CR-1-02-054-2 |
| | : | |
| | : | HONORABLE SUSAN J. DLOTT |
| v. | : | |
| | : | |
| | : | GOVERNMENT'S RESPONSE TO |
| TYREESE DORRAN PUGH | : | MOTION FOR EXPERT WITNESS |
| | : | FEES |

* * * * *

Comes now the United States of America, by and through counsel, and for its response to defendant's Motion for Expert Witness Fees, states as follows:

The United States has no objection to the defendant's request for fees to hire an expert witness as requested in his motion.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

*Wende C. Cross*
WENDE C. CROSS (0061531)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711

1

31

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was mailed on this 10th day of July, 2002, to Edward J. Felson, 36 East Seventh Street, Suite 1650, Cincinnati, Ohio 45202.

*Wende C. Cross*
WENDE C. CROSS (0061531)
Assistant United States Attorney