AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

02 AUG -1 AM 11: 09

UNITED STATES OF AMERICA

Case Number: CR-1-02-54

V.

WALTER M. PUGH

District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a SUPPRESSION HEARING in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 836 |
| | DATE AND TIME |
| | WEDNESDAY, AUGUST 21, 2002 at 1:30 P.M. |

Judge 4819
Mag. /
Journal
Issue CMTC USM
    USP PTS
Docketed W

KENNETH J. MURPHY, CLERK

Stephen Snyder
Case Manager
(513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.