IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

02 SEP -3 PM 5: 22

UNITED STATES OF AMERICA

      vs.                                    Case Number: CR-1-02-54

WALTER M. PUGH


Minutes: Trial to Jury - Day 1

Voir Dire conducted.

Preliminary Jury Charge given.

Opening statements of Counsel

Plaintiff witnesses Called

Witnesses:

    James Connaughton   Dir:   1.1*, 1.2*, 1.3*, 1.4*, 1.5*, 1.6*, 1.7*, 1.8*, 2*
                      Cross:



| Judge | 4819 |
|-------|------|
| Mag. | |
| Journal | |
| Issue | |
| Docketed | |


Judge:                    Susan J. Dlott

Courtroom Deputy:   Stephen Snyder

Court Reporter:       Betty Schwab, Official

Date:                     September 3, 2002

49

S DISTRICT COURT
ISTRICT OF OHIO
N DIVISION

o. CR-1-02-54
9-3-2002

**CHALLENGES**

PEREMPTORY _____

FOR CAUSE

| 11 | 12 | (13) | (14) |
|------|------|------|------|
| 007 | 025 | 027 | 040 |
| 030 | 059 | 005 | 031 |
| 4 | 5 | 6 | 7 |
| 032 | 009 | 011 | 012 |
| 27 | 020 | 046 | 019 |

32

obj – overruled

| Cause | TP | Δ |
|---|---|---|
| 001 | 023 * | 032 |
| 014 | 025 | 044 |
| 060 | 034 | 047 |
| 010 | 040 | 043 |
| 012 | 049* | 056 |
| 037 | 053 | 016 |
| 002 | 006 | 004 |
| 022 | | 055 |
| 039 | | ~~008~~ |
| 033 | | 015 |
| | | pass |
| | | 009 |

Serving

~~19~~
~~20~~
24
~~26~~
~~27~~
~~29~~
30
31
33
~~35~~
36

14   seated
10   Δ challenges
6    TP c'
1
1

CR-1-02-54 USA V. PUGH
JUDGE DLOTT
9/3/2002

| | NUMBER | | CITY | ZIP CODE | |
|---|---|---|---|---|---|
| C | ~~1~~ | 001 | WILMINGTON | 45177 | |
| C | ~~2~~ | 014 | CINCINNATI | 45249 | |
| P1 | ~~3~~ | 023 | CINCINNATI | 45220 | 2 bro in jail (robbery) |
| D1 | ~~4~~ | 032 | BATAVIA | 45103 | |
| C | ~~5~~ | 060 | GREENFIELD | 45123 | |
| | ~~6~~ | ~~011~~ | ~~LOVELAND~~ | ~~45140~~ | No show |
| | 7 | 017 | WEST CHESTER | 45069 | |
| C | ~~8~~ | 010· | MASON | 45040 — excused perm |
| | 9 | 057 | CINCINNATI | 45233 | |
| P5 | ~~10~~ | 049· | CINCINNATI | 45206 | |
| | 11 | 007 | CINCINNATI | 45206 | |
| P2 | ~~12~~ | 025 | MORROW | 45152 | |
| | 13 | 027 | OKEANA | 45053 · bro. convict (drugs) |
| P4 | ~~14~~ | 040·? work | WILMINGTON | 45177 | |
| C | ~~15~~ | 012· | MANCHESTER | 45144 — excuse perm |
| D2 | ~~16~~ | 044 | BATAVIA | 45103 | |
| C | ~~17~~ | 037 | OKEANA | 45053 · bank acct |
| D8 | ~~18~~ | 055 | CINCINNATI | 45207 | |
| D7 | ~~19~~ | 004 | WEST CHESTER | 45069 — may have taught a witness / mother bank acct |
| | 20 | 020 | HILLSBORO | 45133 | |
| C | ~~21~~ | 002· | WEST CHESTER | 45069 excuse perm |
| D3 | ~~22~~ | 047 | BLANCHESTER | 45107 · relative in jail (robbery) |
| C | ~~23~~ | 022 | SARDINIA | 45171 — problem w/guns in room |
| D6 | ~~24~~ | 016 | CINCINNATI | 45233 | |
| C | ~~25~~ | 039 | CINCINNATI | 45208 — Knows Steve Felson |
| D5 | | ~~56·~~ | | — bank acct. |
| D4 | ~~26~~ | ~~043~~ | LOVELAND | 45140 · nephew (FBI) |
| | 27 | 046 | CINCINNATI | 45242 — Knows Rich Goldberg |
| C | ~~28~~ | 033· | MIDDLETOWN | 45044 | |
| D | ~~29~~ | 015·? | LIBERTY TWP | 45044 — bank acct. |

biopsy (F)

| | 30 | 019 | HAMILTON | 45013 | |
|---|---|---|---|---|---|
| | 31 | 038 | CINCINNATI | 45240 | |
| | 32 | 051 · ? | CINCINNATI | 45233 | Surgery follow-up (M) |
| | 33 | 036 | CINCINNATI | 45255 | |
| P3 | 34 | 034 | AMELIA | 45102 | |
| P7 | 35 | 006 · ? | HILLSBORO | 45133 | grandmother- weekly call ins |
| | 36 | 030 | MILFORD | 45150 | |
| PL6 | 37 | 053 | LOVELAND | 45140 · father - jail |
| | 38 | 059 | MILFORD | 45150 | |
| D11 | 39 | 009 · | MILFORD | 45150 | |
| | 40 | 005 | CINCINNATI | 45219 | |
| | 41 | 031 | MILFORD | 45150 | |

Caused    $\dfrac{10}{41}$