```
                                                              FILED
        IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION                      SEP   4 2002
```



UNITED STATES OF AMERICA

vs.                                    Case Number: CR-1-02-54

WALTER M. PUGH


Minutes: Trial to Jury - Day 2

Plaintiff witnesses Continued

Witnesses:

| | | |
|---|---|---|
| Robert Wolfe, Jr. | Dir: 4.1*, 4.2*, 4.3*, 4.4*, 5.1, 5.2 | Cross: |
| Donna Caudell | Dir: 6*, 7*, 8* | Cross: |
| Jenny Tettenhorst | Dir: 1.4, 1.6, 4.1, 4.2, 1.8 | Cross: |
| Pam Philpot | Dir: 2 | Cross: |
| James Calhoun | Dir: 5.1*, 5.2*, 9.1, 9.2, 13, 18, 19, 20, 22 | Cross: DD1, LL3 |
| Robert Payne | Dir: 13* | Cross: |
| Stephanie Luster | Dir: | |

Judge:              Susan J. Dlott

Courtroom Deputy:   Stephen Snyder

Court Reporter:     Betty Schwab, Official

Date:               September 4, 2002

52