IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
SEP 6 2002
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

UNITED STATES OF AMERICA

vs.                                    Case Number: CR-1-02-54

WALTER M. PUGH

Minutes: Trial to Jury - Day 4

Plaintiff witnesses Concluded

Plaintiff rests.

Defendants' motion for

Defendant witnesses Called

Witnesses:

| | | |
|---|---|---|
| Shanell Holston | Dir: 22* | Cross: |
| Gwen Gregory | Dir: 10, 11, 11a, 12, 12a | Cross: |
| Jim Colwell | Dir: 28* | Cross: |
| Donna Caudell | AOC: 8 | Redir: |
| Ra-Shay Patterson | Dir: | Cross: |
| Sequana Thompson | Dir: | Cross: |
| Evelyn Gleaton | Dir: | Cross: |

Judge:              Susan J. Dlott

Courtroom Deputy:   Stephen Snyder

Court Reporter:     Betty Schwab, Official

Date:               September 6, 2002

54