IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**

SEP 9 2002

**KENNETH J. MURPHY, Clerk**
CINCINNATI, OHIO

UNITED STATES OF AMERICA

vs.                                    Case Number: CR-1-02-54

WALTER M. PUGH

Minutes: Trial to Jury - Day 5

Defendant witnesses Concluded

Defendants rest.

Charge Conference held.

Defendants' motion for Ruel 29 acquital - DENIED

Closing Argument of counsel held.



Judge 4819
Mag.
Journal
Issue
Docketed

Jury Charged.

Jury deliberated from 3:30 to 5:45 and Sent Home - Deliberations to continue

Matter taken under submission.

Witnesses:

| | | |
|---|---|---|
| Jim Calhoun | Dir: UU, VV, BB-4 | Cross: |
| Adrian Jackson | Dir: | Cross: |
| Cortez Renfro | Dir: | Cross: 10, 11, 12 |

Judge:                Susan J. Dlott

Courtroom Deputy:     Stephen Snyder

Court Reporter:       Betty Schwab, Official

Date:                 September 9, 2002

55