IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

02 SEP 10 PM 12: 59

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| Plaintiff | : | |
| | : | Case No. CR-1-02-54 |
| | : | |
| v. | : | District Judge Susan J. Dlott |
| | : | |
| Walter M. Pugh, Jr. & | : | |
| Tyreese D. Pugh | : | |
| | : | |
| Defendants | : | |

**VERDICT FORM**

**September 9, 2002**



United States v. Walter M. Pugh, Jr. & Tyreese D. Pugh                    CR-1-02-54

We, the jury, in respect of the charges set forth in the Indictment, do find

Defendant Walter M. Pugh, Jr.:

___O___ **Not Guilty**          _12_ **Guilty**          on Count 1 as charged in the    *X*
                                                         Indictment
                                                         18 U.S.C. § 371

___O___ **Not Guilty**          _12_ **Guilty**          on Count 2 as charged in the    *X*
                                                         Indictment
                                                         18 U.S.C. §§ 2113(a) & (d)

___O___ **Not Guilty**          _12_ **Guilty**          on Count 3 as charged in the    *X*
                                                         Indictment
                                                         18 U.S.C. § 924(c)(1)(A)(ii)

We, the jury, in respect of the charges set forth in the Indictment, do find

Defendant Tyreese D. Pugh:

___O___ **Not Guilty**          _12_ **Guilty**          on Count 1 as charged in the    *X*
                                                         Indictment
                                                         18 U.S.C. § 371

___O___ **Not Guilty**          _12_ **Guilty**          on Count 2 as charged in the    *X*
                                                         Indictment
                                                         18 U.S.C. §§ 2113(a) & (d)

_O_ **Not Guilty**    |2 **Guilty**    on Count 4 as charged in the Indictment
18 U.S.C. § 924(c)(1)(A)(ii)

_O_ **Not Guilty**    |2 **Guilty**    on Count 5 as charged in the Indictment
18 U.S.C. § 922(g)(1)

_Edgar B Feets_____    _9/10/02_____
**Foreperson**    **Date**

_Dan Brown_____    _Nancy K. Carroll_____

_Judi Stautberg_____    _Richard E. Dloss_____

_Jamie Mazza_____    _Elizabeth E. Kramer_____

_Sandra Fields_____    _Kelci A. Littlejohn_____

_Anda Steinmanis_____    _Thomas J Refes_____

_Lisa Snyder_____