

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

02 NOV 18 P12:55

UNITED STATES OF AMERICA,              :       Case No. CR-1-02-054

              Plaintiff,               :       (Judge Weber)

v.                                     :       **MOTION FOR EXTENSION**       4819
                                               **OF TIME**

TYREESE DORRAN PUGH,                   :

              Defendant.               :

Now comes Defendant, Tyreese Pugh, by and through undersigned counsel, and

hereby moves this Court for an extension of time within which to object to the pre-

sentence investigation.

Respectfully submitted,

_____
Edward J. Felson (0041988)
Attorney for Defendant
36 East Seventh Street, Suite 1650
Cincinnati, Ohio 45202
(513) 721-2500

## MEMORANDUM

Undersigned counsel simply does not do many Federal cases such as the one at

issue. Therefore, a little extra time is warranted to make sure that everything is done

appropriately.

Respectfully submitted,

_____
Edward J. Felson (0041988)
Attorney for Defendant
36 East Seventh Street, Suite 1650
Cincinnati, Ohio 45202
(513) 721-2500

G:\EJF\CRIMINAL\Pugh, Tyreese\MOTION FOR TIME EXTENSION.doc

USA v. Pugh
Motion for Extension of Time
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Wendy Cross, Assistant U.S. Attorney, 221 East Fourth Street, Suite 400, Cincinnati, Ohio 45202, and Attorney J. Robert Andrews, 2662 Madison Road, Cincinnati, Ohio 45208, by ordinary U.S. mail or hand delivery this _10_ day of November, 2002.

Edward J. Felson (0041988)