# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### PROBATION OFFICE

**110 POTTER STEWART COURTHOUSE**
**100 EAST 5TH STREET**
**CINCINNATI, OH 45202-3980**

## PRESENTENCE REPORT TRANSMITTAL

TO:        Honorable Susan J. Dlott
              United States District Judge

FROM:     Lisa Hannan Egner
              United States Probation Officer

SUBJECT:  **PUGH, Tyreese Dorran**
              **Docket No. CR 1-02-054-002**
              **Final Presentence Report**

DATE:      January 6, 2003

The Final Presentence Report and any necessary addenda are herewith submitted to the Court. This case is subject to the United States Sentencing Commission Guidelines.

Defense Counsel and Counsel for the Government are being provided with a copy of the final Presentence Investigation Report.

cc:    District Court Clerk