AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.

TYREESE PUGH

Case Number:   CR-1-02-54-2

District Judge Susan J. Dlott

NOTICE

**TAKE NOTICE** that the SENTENCING in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 829 |
|  | DATE AND TIME |
|  | WEDNESDAY, JANUARY 29, 2003 at 10:00 A.M. |

SPECIAL INSTRUCTIONS:

1. **Any motions filed pursuant to Section 5K1 of the United States Sentencing Guidelines must be filed as least one (1) week prior to the sentencing hearing.**

2. The Court encourages the filing of sentencing memoranda. Such memoranda shall be filed one week before the date of sentencing.

   PLEASE NOTE: If the defendant is on bond, counsel will be responsible for the defendant's appearance on the date and time set above. If for any reason counsel or the defendant cannot appear as directed, then counsel must notify the Court at least two (2) days prior to the scheduled Court appearance.

KENNETH J. MURPHY, CLERK

Stephen Snyder
Case Manager
(513) 564-7633