# TRANSMISSION FORM

RECEIVED
FEB 1 3 2003
LEONARD GREEN, Clerk

| District Court: Southern District of Ohio, Western Division at Cincinnati | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|
| District Court Case No: CR-1-02-54-01 / C-1-02-54-01 | Court of Appeals Case No: 03-324 |
| SHORT CAPTION | Case Manager: TERESA BERTKE |
| United States of America | |
| Plaintiff/Petitioner | Date Filed: |
| vs. | FILED |
| Walter M. Pugh | FEB 1 4 2003 |
| Defendant/Respondent | LEONARD GREEN, Clerk |
| *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: Susan J. Dlott | Anything That Needs Special Attention |
| Court Reporter(s): Linda Mallory (Ace), Julie Wolfer, Betty Schwab | Judge 4819 Mag. Journal (stamp) |
| From Deputy Clerk: Sheryl Vallenjer  Date: 02/13/03 | 2003 FEB 14 PM 1:04 U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI FILED KENNETH J. MURPHY CLERK |
| $105.00 Appeal Filing Fee Paid? | **NO** |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**    Volume(s)

Deposition(s)    Volume(s)        Exhibit(s)      Volume(s)

Transcript(s)    Volume(s)        **Sealed**      Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____
United States District Court

75