## TRANSMISSION FORM

| | |
|---|---|
| District Court: Southern District of Ohio, Western Division at Cincinnati | APPEAL INFORMATION to be completed by the Sixth Circuit |
| District Court Case No:    CR-1-02-54-02 | 03-3243 Court of Appeals Case No: |
| SHORT CAPTION    RECEIVED | TERESA BERTKE |
| United States of America | Case Manager: |
| FEB 1 3 2003 | |
| Plaintiff/Petitioner | Date Filed: |
| vs. LEONARD GREEN Clerk | FILED |
| Tyreese Pugh | FEB 1 4 2003 |
| Defendant/Respondent | LEONARD GREEN, Clerk |
| *provide pro se address IF NOT on the docket sheet | |
| District Court Judge:    Susan J. Dlott | Anything That Needs Special Attention |
| Court Reporter(s):    Betty Schwab, Julie Wolfer | 4819 |
| From Deputy Clerk:    Cheryl Vollmer | 2003 FEB 14 PM 1: 04 U.S. SOUTHERN WEST DIV... OHIO |
| Date:    02/13/03 | 2V |
| $105.00 Appeal Filing Fee Paid? | **NO** |

RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**    Volume(s)

Deposition(s)    Volume(s)    Exhibit(s)    Volume(s)

Transcript(s)    Volume(s)    **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____
    United States District Court

FILED KENNETH J. MURPHY CLERK

76