UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - -

UNITED STATES OF AMERICA,          :

                 Plaintiff,        : CRIMINAL NO. CR-1-02-054-1

    -vs-                           : **Arraignment on Indictment**

WALTER MEADE PUGH, JR.,            : Thursday, May 23, 2002
                                     9:34 a.m.
                 Defendant.        : Cincinnati, Ohio

- - -

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE TIMOTHY S. HOGAN, MAGISTRATE JUDGE

- - -

For the Plaintiff:   Wende C. Cross, Esq.
                     Assistant United States Attorney
                     221 East Fourth Street, Suite 400
                     Cincinnati, Ohio  45202


For the Defendant:   J. Robert Andrews, Esq.
                     Schuh & Goldberg, LLP
                     2662 Madison Road
                     Cincinnati, Ohio  45208




Court Reporter:      Julie A. Wolfer, RDR, CRR

                     - - -




Proceedings recorded in stenotype.
Transcript produced using computer-aided transcription.

PROCEEDINGS

1

2      (In open court at 9:34 a.m.)

3          MS. CROSS:  The next matter is United States of

4   America versus Walter Meade Pugh, Jr., Criminal Number

5   CR-1-02-054-1.

6          MR. ANDREWS:  Good morning, Your Honor.

7          THE COURT:  Good morning.

8          MR. ANDREWS:  We'd waive formal reading of the

9   indictment, enter a plea of not guilty.

10         THE COURT:  Not guilty for Mr. Pugh.

11         The case is referred to Judge Weber.

12         THE DEFENDANT:  I've never seen the indictment.

13         MR. ANDREWS:  I'll give you a copy for yourself.

14     (Proceedings concluded at 9:34 a.m.)

15                      - - -

16

17

18                C E R T I F I C A T E

19     I, Julie A. Wolfer, the undersigned, do hereby

20  certify that the foregoing is a correct transcript

21  from the record of the proceedings in the above-entitled

22  matter.

23

24  _____
    Julie A. Wolfer, RDR, CRR
    Official Reporter

25