1   Q.  Coming into some money for whatever reason?

2   A.  Um-hum.

3   Q.  Is that right?

4   A.  Um-hum.

5   Q.  You have to answer "yes" or "no" for me.

6   A.  Yes.

7   Q.  Thank you.  All right.  Now, you said or "got over in

8   some way."  Now, you used that exact same language in both

9   your statement today and in this statement here.  You said

10  "they hit a lick" and "got over in some way."  Now, "got

11  over" means -- I think the judge asked you that, but I

12  almost couldn't hear you.  "Getting over," what does that

13  mean?

14  A.  Just getting over on somebody, just -- I don't know

15  how to explain it.

16  Q.  Again, does that mean coming into some money, into

17  maybe a larger amount of money by some means?

18  A.  It could mean that.

19  Q.  In other words, it doesn't have to be illegal.  It

20  could be legal means.

21  A.  Yes.

22  Q.  It could be, like we said, the lottery or a number of

23  things, right?

24  A.  Yes.

25  Q.  Now, you're saying nobody gave you any money.  Is that

1  what you said, they didn't give you any of the money?

2  A.    True.

3  Q.    Did that bother you?

4  A.    No.

5  Q.    All right.  And you packed up -- when you went down

6  there to Tennessee, you didn't have a suitcase with you; is

7  that right?

8  A.    No, I did not.

9  Q.    Did you have your kids with you?

10 A.    Yes, I did.

11 Q.    Did you have diapers with you?  How old are your kids?

12 A.    Four and two.

13 Q.    All right.  Did you bring their clothes with you?

14 A.    No, I did not.

15 Q.    Did you buy diapers somewhere?

16 A.    I had diapers.

17 Q.    So you had a bag full of stuff somewhere?

18 A.    No.  I had diapers.

19 Q.    Just diapers?

20 A.    Um-hum.

21 Q.    Where did you eat?

22 A.    I don't remember stopping to eat.

23 Q.    Where did the kids eat?

24 A.    I don't recall.

25 Q.    Well, you got a four year old and a two year old, and

LUSTER - CROSS

1   you don't remember them eating?

2   A.   I don't recall.

3   Q.   I mean, they eat baby food, right, the two year old?

4   A.   No.

5   Q.   Just regular food?

6   A.   Um-hum.

7   Q.   Boy or girl?

8   A.   Boy.

9   Q.   The little boy eats regular food?

10  A.   Um-hum.

11  Q.   And okay.  So, now you have got the -- okay, well, the

12  little -- I guess they all dressed in their same clothes?

13  A.   Yes.

14  Q.   I mean, they dressed in the same clothes the day and

15  the day after?

16  A.   Yes.

17  Q.   Then you went to Atlanta?

18  A.   Yes.

19  Q.   Did you get two rooms in Atlanta?

20  A.   Yes.

21  Q.   Again, did you go in and Tenikia go in?

22  A.   We both went in.

23  Q.   Did you get a room and she get a room?

24  A.   No.  She got both rooms this time.

25  Q.   Were you standing there with her?

LUSTER - CROSS

1   A.    Yes, I was with her.

2   Q.    Did they ask you to show your driver's license or your

3   identification?

4   A.    No, they did not.

5   Q.    Did they ask you if you were paying for the room?

6   A.    No.

7   Q.    Did they ask you if anybody else was staying in the

8   rooms except for the two of you?

9   A.    No.

10  Q.    It was a Travelodge, right?

11  A.    I believe so.

12  Q.    The same type of Travelodge, we have some up here and

13  they're all over the country; is that right?

14  A.    Yes.    That was my first time staying at a Travelodge.

15  Q.    So they didn't ask for any identification, right?   Did

16  they ask you if you wanted a special bed for the kids?

17  A.    No, they did not.

18  Q.    Did you ask for a crib?

19  A.    No.    I wouldn't need a crib.

20  Q.    How many beds did you get in each room?

21  A.    I can't remember how many beds there were.

22  Q.    All right.    How many nights did you stay in the

23  Travelodge?

24  A.    One night.

25  Q.    Then where did you go?

LUSTER - CROSS

1   A.   To Decatur.

2   Q.   How far is that?

3   A.   I have no idea how far it is.

4   Q.   Was it an hour drive, two-hour drive?

5   A.   I have no idea.

6   Q.   You don't know how long you were in the car?

7   A.   No.

8   Q.   Were the kids in the -- kids stay in -- did they have

9   a child seat?

10  A.   No.

11  Q.   The two year old didn't have a child seat?

12  A.   No.

13  Q.   Two year old sit in the front or the back?

14  A.   Back.

15  Q.   With you?

16  A.   No.

17  Q.   Who was in the back?

18  A.   Him and his sister, my other child.

19  Q.   Neither of them had child seats?

20  A.   No.

21  Q.   Either of them have seat belts?

22  A.   Yes.

23  Q.   What kind of car was it?

24  A.   Cadillac.

25  Q.   All right.  And now you're going to Decatur with the

LUSTER - CROSS

1    kids, right?

2    A.    Correct.

3    Q.    You don't know how long a drive.  Do you know how long

4    a drive it was from Tennessee to Georgia?

5    A.    No.

6    Q.    You know how many times you stopped, stopped to get

7    gas?

8    A.    From where to where?

9    Q.    Either place.

10   A.    You have to be specific.

11   Q.    Well, how about between Cincinnati and Georgia, did

12   you stop and get gas?

13   A.    Yes.

14   Q.    And, well, I mean did you take the kids into the

15   restroom there?

16   A.    Yes.

17   Q.    Can you tell us, like, where you stopped, maybe the

18   type of gas you got?

19   A.    I don't remember.

20   Q.    Okay.  So now -- all right.  So you're in Georgia, and

21   you're staying in a room at the Travelodge with Tyreese,

22   right?

23   A.    Correct.

24   Q.    And Tenikia's with Walter, right?

25   A.    Correct.

| 1 | Q. | Did you visit Walter's room again that night? |

2   A.   I don't recall.  I don't know.

3   Q.   Well, do you remember what time you went to sleep?

4   A.   I'm not sure what time it was.

5   Q.   Okay.  Now, let me just ask you this.  The first, when

6   you were at the first hotel in Tennessee and you went to

7   visit Walter in Walter's room with the other three people,

8   right, and you opened the door and there was the money and

9   all that stuff, how many doors away from your room was

10  that?

11  A.   I don't know.

12  Q.   Who was watching your kids when you left?

13  A.   They were asleep.

14  Q.   You just left your two year old and four year old and

15  came to the other room where the party was going on?

16  A.   I don't know anything about a party, but I just -- my

17  focus was going to see what was taking Tyreese so long.

18  Q.   How long did you stay in the other room?

19  A.   Not long.

20  Q.   Ten minutes, half hour?

21  A.   Not long.

22  Q.   Do you remember how long?

23  A.   No.  It wasn't long.

24  Q.   You usually leave your kids alone like that, a two

25  year old and four year old?

1   A.   No, I do not.

2   Q.   It's against your policy, isn't it?  You don't like

3   doing that, do you?

4   A.   No.

5   Q.   All right.  Now, were you offered any consideration

6   for your testimony today?  Were you threatened in any way

7   by the government?  Let me -- did you think you were going

8   to get arrested or something was going to happen to you if

9   you didn't testify?

10  A.   No.

11  Q.   This was all your free will, right?

12  A.   Yes.

13  Q.   And the first time you met with the officers, though,

14  you didn't give them all this information, did you?

15  A.   No.

16  Q.   What did they say to change your mind?

17  A.   They just told me that I would have an appointment

18  with them, I believe the following day maybe or the

19  following week, something.

20  Q.   That you better tell them what they want to hear?

21  A.   No.

22  Q.   All right.  Now, you said you were being nosey when

23  you saw the revolver, and that's when you looked in the

24  shoe box to see the revolver, right?

25  A.   Um-hum.

|     |     |     |
| --- | --- | --- |
| 1   | Q.  | That's yes? |
| 2   | A.  | Yes. |
| 3   | Q.  | You were being nosey.  Now, you got two gentlemen that |
| 4   |     | now, I guess, you must have thought they committed a crime, |
| 5   |     | right? |
| 6   | A.  | Yes. |
| 7   | Q.  | And you're snooping around in their stuff? |
| 8   | A.  | Yes. |
| 9   | Q.  | Weren't you afraid that, if they caught you snooping |
| 10  |     | around, something might happen to you? |
| 11  | A.  | Yes and no. |
| 12  | Q.  | Even though you have two kids, you're still going to |
| 13  |     | go snooping around like that? |
| 14  | A.  | Well, my kids were not with me. |
| 15  | Q.  | Did anybody ask you to snoop around? |
| 16  | A.  | No. |
| 17  | Q.  | Now, you know where any of the money is? |
| 18  | A.  | No. |
| 19  | Q.  | But you have to agree with me that, if Walter and |
| 20  |     | Tyreese go to jail and you had something to do with the |
| 21  |     | robbery and you could get off Scott free; isn't that right? |
| 22  |     | MS. CROSS:   Objection, Your Honor.  Relevance. |
| 23  |     | THE COURT:   I'm sorry? |
| 24  |     | MS. CROSS:   Relevance. |
| 25  |     | THE COURT:   Betty, let me hear the question. |

LUSTER - CROSS

1        (The record was read.)

2        THE COURT:  Objection is overruled.

3   A.   Well, I have no reason to believe that.

4   Q.   But it's true, isn't it?  I mean you could get off

5   Scott free if you could blame it on somebody else?

6   A.   Why would I do that?

7   Q.   To get away Scott free.

8   A.   Why would I be getting away Scott free?

9   Q.   You don't understand what I mean, do you?

10  A.   I'm not following you.

11  Q.   All right.  Now, who is Shanell?

12  A.   Walter's girlfriend, one of Walter's girlfriends.

13  Q.   Okay.  Now, she's not the one that -- she's obviously

14  not Tenikia.  That's not another name for Tenikia, right?

15  A.   No.

16  Q.   So she didn't come; she wasn't anywhere in Atlanta

17  with you?

18  A.   No.

19  Q.   But you did mention her name here.  I guess -- where

20  does she live?

21  A.   In Hamilton, Ohio.

22  Q.   Was she with you in Mt. Healthy when you went to

23  Mt. Healthy?

24  A.   I wouldn't say with, but she gave us a ride there, and

25  she was there three or four times.

LUSTER - CROSS

| | | |
|---|---|---|
| 1 | Q. | She gave you a ride there in which car? |
| 2 | A. | In her car. |
| 3 | Q. | Well, where was Walter's car? |
| 4 | A. | On Beckett Street. |
| 5 | Q. | Where is Beckett? |
| 6 | A. | In Hamilton, Ohio. |
| 7 | Q. | Why didn't you just get in Walter's car? |
| 8 | A. | I have no -- I mean, I guess that was what the phone |
| 9 | | call was for in Fairfield. |
| 10 | Q. | Walter has two cars, right? |
| 11 | A. | Right. |
| 12 | Q. | A Mazda and the Cadillac? |
| 13 | A. | True. |
| 14 | Q. | And you didn't take either of those to Mt. Healthy? |
| 15 | A. | No. |
| 16 | Q. | Now, which car did you take to Georgia, which cars? |
| 17 | A. | Both the Mazda and the Cadillac. |
| 18 | Q. | Okay.  And who drove which one? |
| 19 | A. | Walter drove the Mazda.  Tyreese drove the Cadillac. |
| 20 | Q. | Did you drive at all? |
| 21 | A. | No, I did not. |
| 22 | Q. | And when did you leave?  When did you leave for |
| 23 | | Tennessee? |
| 24 | A. | I don't remember the date. |
| 25 | Q. | I know.  But late night, early morning? |

LUSTER - CROSS

| | |
|---|---|
| 1 | A.   It was afternoon time. |
| 2 | Q.   Okay.  Afternoon on the day of the robbery, was it? |
| 3 | A.   I guess that's when we left. |
| 4 | Q.   Remember the day of the week? |
| 5 | A.   No.  I want to say Wednesday because of what I've been |
| 6 | hearing. |
| 7 | Q.   Do you remember what day the robbery was on? |
| 8 | A.   I guess that's that day, Wednesday. |
| 9 | Q.   All right.  And you left after the robbery, right, in |
| 10 | the afternoon? |
| 11 | A.   It was in the afternoon. |
| 12 | Q.   Okay.  Now, I want you to take a look -- wait a |
| 13 | minute.  Now, the next day, okay, the next day, you left |
| 14 | from the hotel in Tennessee to Georgia, correct? |
| 15 | A.   Correct. |
| 16 | Q.   When did you leave there? |
| 17 | A.   By that you mean -- |
| 18 | Q.   What time? |
| 19 | A.   I don't know the time.  It was early in the morning |
| 20 | when we left the hotel. |
| 21 | Q.   All right, and did you say -- what part of Georgia did |
| 22 | you go into?  Well, what cities in Georgia did you go to? |
| 23 | A.   Atlanta and Decatur. |
| 24 | Q.   Now, you mentioned Columbus, Georgia. |
| 25 | A.   Yes, I did. |

1   Q.   What was that about?

2   A.   That's where my uncle lives.

3   Q.   Your uncle lives there?

4   A.   Um-hum.

5   Q.   Did you visit him?

6   A.   No.

7   Q.   All right.   Now, in Atlanta, where did you shop for

8   clothes?

9   A.   Something like a plaza, something like that.

10  Q.   Do you have any receipts?

11  A.   No, I do not.

12  Q.   What if the clothes didn't fit or something was badly

13  made or something; how could you take it back?

14  A.   I wouldn't take it back.   I know what size clothing I

15  wear.

16  Q.   You don't ever -- do you ever keep receipts?

17  A.   No.   I have, but I mean --

18  Q.   So you don't have one receipt from any of the clothes

19  that you bought?

20  A.   No, I don't have any.

21  Q.   Did they give receipts at the store?

22  A.   I'm pretty sure they did, yes.

23  Q.   Now, what kind of clothes did you buy?   For the kids?

24  A.   Yes, clothes for the kids.

25  Q.   Okay.   All right.   Did you buy stuff for yourself?

LUSTER - CROSS

```
1    A.    I didn't buy it, but yes.

2    Q.    I mean, for yourself, did you buy clothing for

3    yourself?  Was there clothing purchased for you?

4    A.    Yes.

5    Q.    You didn't keep receipts for that either?

6    A.    No.  I don't have any receipts.

7    Q.    Do you recall a receipt for any purchase in Atlanta,

8    in Tennessee, anywhere?  Do you have a receipt for

9    anything?

10   A.    No, I don't have a receipt.

11   Q.    Do you have any physical proof whatsoever that you

12   visited that city, that you were in the car with them?  Do

13   you have, like, something from the hotel, maybe even an

14   ashtray?

15   A.    No, I don't have that.

16   Q.    How about a pack of matches?

17   A.    No.

18   Q.    You smoke?

19   A.    Yes.

20   Q.    What do you smoke?

21   A.    Black & Milds.

22   Q.    Well, how do you smoke if you don't have matches?

23   A.    A lighter.

24   Q.    Okay.  Did you pick up anything like a lighter from

25   those cities, from those towns?
```

LUSTER - CROSS

1   A.    No.

2   Q.    Baseball hat from Atlanta?  Anything?

3   A.    No.

4   Q.    Didn't all the kids want to buy souvenirs or something

5   from the places they go?

6   A.    They're too young to know anything about souvenirs.

7   Q.    So it's all your word, right?

8   A.    What's all my word?

9   Q.    The fact that everything you saw here today,

10  everything you testified here today is based on your

11  credibility and not on any physical evidence you have; is

12  that right?

13  A.    Yes.

14  Q.    Did you save any of the money?  Did you grab any of

15  the money?  Did you take one of the bills and put it in

16  your pocket?

17  A.    No.

18  Q.    Did you take -- I think -- oh, were there clothing --

19  Walter had some clothing on.  You said he was wearing

20  something -- let me see my notes -- let me see.  When you

21  left, the day that you left for Atlanta or for Tennessee,

22  you said that Walter and Tyreese left like mid-morning and

23  came back later, right?

24  A.    Um-hum.

25  Q.    Is that a yes?

LUSTER - CROSS

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | And your implication was that might have been when |
| 3 | | they did the robbery, right? |
| 4 | A. | I don't remember saying that. |
| 5 | Q. | Okay.  But Walter was wearing a T-shirt, right? |
| 6 | A. | Some type of work shirt. |
| 7 | Q. | It was solid color T-shirt, right? |
| 8 | A. | I believe so. |
| 9 | Q. | And then he came back wearing the same thing, right? |
| 10 | A. | Correct. |
| 11 | Q. | Okay.  And how about any -- well, was there any head |
| 12 | | gear, like a hat or -- |
| 13 | A. | Not that I remember. |
| 14 | Q. | Net or anything like that? |
| 15 | A. | Not that I remember. |
| 16 | Q. | All right.  And what car did he leave in? |
| 17 | A. | I'm not sure. |
| 18 | Q. | Well -- |
| 19 | A. | I didn't leave with them. |
| 20 | Q. | But you were there when you're saying Walter left, |
| 21 | | right? |
| 22 | A. | Yes, I was in the apartment. |
| 23 | Q. | Well, what cars were outside when you were there?  Was |
| 24 | | the Caddie there? |
| 25 | A. | I don't think.  I don't know.  I don't think so. |

1   Q.   You don't remember the Caddie or the Mazda or any of

2   the other cars?

3   A.   I remember cars being there, but I don't know.

4   Q.   Now, you did not discuss with Tyreese anything that

5   you said you saw?

6   A.   Saw?

7   Q.   You didn't discuss with Tyreese the money?

8   A.   No.

9   Q.   You didn't discuss with Tyreese where he got it, where

10  Walter got the money?

11  A.   No.

12  Q.   Okay.  You didn't discuss with Tyreese what does he

13  mean by hit a lick?

14  A.   No.

15  Q.   Okay.  You're traveling with Tyreese and your two

16  children.  Weren't you concerned he might be arrested, that

17  you might be arrested, what are your two kids going to do?

18  A.   Yes, I was concerned.

19  Q.   But you didn't ask any questions?

20  A.   No.

21  Q.   All right.  Is -- well, did you call anybody back in

22  Cincinnati to ask them if there was something going on?

23  A.   No.

24  Q.   You have family here in Cincinnati, don't you?

25  A.   Not in Cincinnati.

1    Q.    In Hamilton?

2    A.    Yes.

3    Q.    Did you call anybody in Hamilton?  That's what I mean,

4    greater Cincinnati area, anywhere around here.  Did you

5    call your family in Hamilton?

6    A.    I called my Uncle Marty.

7    Q.    He's in Columbus, Georgia.

8    A.    No.  Uncle Marty is in Hamilton.

9    Q.    I'm sorry.  Martin.  You have also somebody named

10   Uncle Mark?

11   A.    Yes.

12   Q.    That's Columbus?

13   A.    Yes.  Um-hum.

14   Q.    So you called Marty, and where did you call him from?

15   A.    I don't remember where I called him from.

16   Q.    Well, was it from Tennessee?

17   A.    I don't remember where I called him from.

18   Q.    Georgia?

19   A.    I don't remember where I called him from.

20   Q.    Did you call him collect?

21              MS. CROSS:  Objection, Your Honor.

22              THE COURT:  Sustained.

23   Q.    Did you call him collect?

24              THE COURT:  I sustained the objection.

25              MR. FELSON:  I'm sorry.

LUSTER - CROSS

```
 1   BY MR. FELSON:

 2   Q.   But that's not where you're from.

 3           THE COURT:  You're harassing the witness.  I

 4   think that's the reason that there was an objection.

 5           MR. FELSON:  Look.  Let me ask not where.  I

 6   understand that.  Let me ask if she called collect or

 7   direct.  Is that a fair question?

 8   BY MR. FELSON:

 9   Q.   Did you call directly or collect?  In other words, did

10   you pay your money from your location or --

11   A.   I believe I put quarters in the telephone booth.

12   Q.   It was at a phone booth?

13   A.   Um-hum.

14   Q.   Where was the phone booth?  Was it in the gas station

15   or at the hotel or --

16   A.   I don't think it was the hotel, but I don't recall.

17           THE COURT:  Mr. Felson, how much longer do you

18   have of cross-examination of this witness?

19           MR. FELSON:  It will be a few minutes.

20           THE COURT:  All right.  Let's take our morning

21   break.  We'll stand in recess for 15 minutes.

22                (Recess at 10:15 a.m.)

23                        AFTER RECESS

24           THE COURT:  You may proceed, Mr. Felson.

25   BY MR. FELSON:
```

LUSTER - CROSS

1    Q.    Okay.  Just a few follow-up questions here.  You have

2    a cell phone?

3    A.    No.

4    Q.    Did you at the time?  Did you, back in the early part

5    of May of this year, early part of April?

6    A.    I think so.

7    Q.    Did you have it with you on this trip?

8    A.    No.

9    Q.    Were you aware that Tyreese has a cell phone, as does

10   Walter?

11   A.    No.

12   Q.    You don't think they do?

13   A.    I don't think they did.

14   Q.    Were you aware that cell phones were, I think,

15   confiscated as part of the evidence here today?  Were you

16   aware that telephones were taken the night of the arrest?

17   A.    I wasn't aware they were taken.

18   Q.    Have you ever seen Tyreese on a cell phone?

19   A.    Yes.

20   Q.    So you know he has one?  Yes?

21   A.    No.  I don't want to say yes.

22   Q.    You don't want to say yes, but you have seen him with

23   one?

24   A.    Yes.

25   Q.    Have you seen Walter with one?

LUSTER - CROSS

1   A.   Yes.

2   Q.   Did you see them with one on this trip?

3   A.   Not on the actual trip, but down in Georgia, yes.

4   Q.   How long were you gone from Cincinnati, from Hamilton

5   on this alleged trip?

6   A.   Four or five days.

7   Q.   Okay.  We know you spent one of the days in Tennessee,

8   one night in Tennessee, right?

9   A.   Right.

10  Q.   Another night in Atlanta, right?

11  A.   Yes.

12  Q.   Where were the other two or three or four nights

13  spent?

14  A.   Two nights in Decatur.

15  Q.   Where else?

16  A.   Then back to -- we came back to Hamilton after that.

17  Q.   Dud you spend a night in a hotel on the way back?

18  A.   No.

19  Q.   How far is Decatur?

20  A.   From --

21  Q.   From Hamilton?

22  A.   I don't know.  It was a wild drive.

23  Q.   You drove for a while?

24  A.   I said it was a wild drive.

25  Q.   Were you in two cars again on the way back?

1    A.    No.

2    Q.    Were you in one car?

3    A.    Yes.

4    Q.    Who came back with you?

5    A.    Tyreese and Walter.

6    Q.    And the kids?

7    A.    Tyreese and Walter.

8    Q.    And the kids, right?

9    A.    Tyreese and Walter.

10   Q.    Did the kids come back?

11   A.    No.

12   Q.    Where did the kids go, your kids?

13   A.    To Columbus with my uncle.

14   Q.    Now, the entire five-day trip, you're saying, four to

15   five day trip, you're saying you made one phone call, one

16   long distance phone call from the pay phone; is that right?

17   A.    I don't know if it was long distance.

18   Q.    You made one call to Hamilton?

19   A.    Yes.  I made a call to Hamilton.

20   Q.    Did you make any other calls except that one?

21   A.    Not that I recall, no.

22   Q.    Did you ask Walter or Tyreese to use your cell phone

23   before you used the pay phone?

24   A.    No.

25   Q.    Why didn't you use the cell phone to call?

1    A.    I didn't have a cell phone.

2    Q.    Walter did, didn't he?

3    A.    I don't think he did, not at the time I made the phone

4    call.

5    Q.    Do you know how much money it cost you to call back

6    here, how many quarters you put in?

7    A.    No.

8    Q.    And your uncle in Georgia, how did you contact him?

9    A.    The phone.

10   Q.    So the pay phone also?

11   A.    No.  No.  It was a cell phone.

12   Q.    Whose cell phone?

13   A.    I don't know.  I think it was Tenikia's I want to say.

14   I don't know.  I don't remember.

15   Q.    Do you have any proof at all that you made these

16   calls?

17   A.    Excuse me?

18   Q.    Any bills from the --

19   A.    No, I don't have any bills.

20   Q.    From the phone company or anything like that?

21   A.    No.

22   Q.    Any proof at all that you made these calls?

23   A.    The word.

24   Q.    Did you ever testify before in court?

25   A.    No.

LUSTER - CROSS

1   Q.   Now, you said that you saw Tyreese carry a gun from

2   one car to another, I think my notes say.  Is that right?

3   A.   Correct.

4   Q.   Now, was this day or night?

5   A.   Day.

6   Q.   And where, what city were you in?

7   A.   Hamilton.

8   Q.   And was this a residential area?  Was it --

9   A.   Residential area.

10  Q.   So people, a lot of people around?

11  A.   No.

12  Q.   What did he carry?  Just out in the open, just pull it

13  out of the car and carry it?

14  A.   It was, like, the cars weren't that far apart.  So it

15  wasn't like he just pulled it out in the open.

16  Q.   Was it in something?  Wasn't it covered with

17  something?

18  A.   I don't recall it being covered.

19  Q.   And how far were you from him when that happened?

20  A.   Not far.

21  Q.   And you put it -- he put it from one car to another,

22  is that what you're saying?

23  A.   Correct.

24  Q.   Which car?

25  A.   From the Cadillac to Shanell's car.

LUSTER - CROSS

1    Q.    Okay.  Did you then get into Shanell's car, or what

2    did you do right after that happened?

3    A.    We got into Shanell's car.

4    Q.    So you got in the car with the gun?

5    A.    Yes.

6    Q.    Were your kids with you?

7    A.    No.

8    Q.    And where did you go?

9    A.    To Mt. Healthy.

10   Q.    And then in Mt. Healthy what did you do?

11   A.    We went to Corkey's house.

12   Q.    And you got out of the car, and you went into Corkey's

13   house?

14   A.    Correct.

15   Q.    Did you bring the gun in?

16   A.    No, I did not.

17   Q.    Did you see Tyreese bring it in?

18   A.    No, I didn't see.

19   Q.    Well, is that the same gun you saw later on that night

20   or later on in the morning?

21   A.    Yes, that's the same gun.

22   Q.    Did you ever see it with anybody else?  I mean, did

23   you see Corkey have it?

24   A.    No.

25   Q.    Do you know who brought it in?  Do you know who

1    unloaded the car?

2    A.    I don't know who brought it in.

3    Q.    Did you have stuff with you?  Did you have personal

4    belongings with you?

5    A.    Yes, I did.

6    Q.    Did you have a suitcase or something?

7    A.    A bag, garbage bag.

8    Q.    You brought your bag in?

9    A.    No.

10   Q.    Well, who brought your bag in?

11   A.    Nobody.

12   Q.    The bag stayed in the car?

13   A.    Yes, they did.

14   Q.    Your bag have your make-up in it, personal items?

15   A.    Not make-up.  Clothing and personal items.

16   Q.    Did you use anything in the bag that night, in your

17   bag, your personal bag?

18   A.    No.

19   Q.    But you went to sleep there?

20   A.    Yes.

21   Q.    Did you have a toothbrush?

22   A.    No.

23   Q.    Was that in the bag?

24   A.    No.  I don't know.  I didn't have a toothbrush.

25   Q.    Now, that evening, were people, before you went to

LUSTER - CROSS

1    sleep, were people drinking and smoking marijuana and

2    things like that?

3    A.    Yes.

4    Q.    Were you indulging as well?

5    A.    Yes.  Not in drinking, no.

6    Q.    You don't drink?

7    A.    Excuse me?

8    Q.    You don't drink?  Do you drink?

9    A.    No, I don't drink.

10   Q.    But you were smoking?

11   A.    Yes, I was.

12   Q.    All right.  All right.  When did you visit Columbus,

13   Georgia?

14   A.    Not until after the arrest.

15   Q.    Okay.  This is after the Tennessee and Georgia.  You

16   came all the way back to Cincinnati, right?

17   A.    Or Hamilton.

18   Q.    Hamilton.  I'm sorry.  And then you went to Columbus,

19   Georgia, after that?

20   A.    After the arrest, yes.

21   Q.    After you were arrested.  Do you remember the date you

22   took the trip down there, the first trip down to Georgia?

23   A.    No, I don't recall the date.

24   Q.    Do you remember the day you took the second trip down

25   to Georgia?

1    A.    I didn't take a second trip.

2    Q.    Well, okay.  I must have misunderstood.  How did you

3    get -- wait a minute.  I'm sorry.  Go back a second.  You

4    said after the arrest you went to Columbus, Georgia?

5    A.    Correct.

6    Q.    Who did you go with?

7    A.    Myself.  Well, I went with my uncle and his wife.

8    Q.    Okay.  Now, that was the first time you had been to

9    Columbus, Georgia?

10   A.    I have been to Columbus, Georgia, before, but that was

11   the first time I went down there afterwards.

12   Q.    Did you meet anybody from Columbus, Georgia, when you

13   were in Atlanta?

14   A.    No.

15   Q.    Did you meet your relatives?

16   A.    No.

17   Q.    So, okay.  All right.  So okay.  So you didn't go down

18   to Columbus the first time.  You came all the way back to

19   Hamilton.  You went to Decatur, and you went to Atlanta?

20   A.    Went to Atlanta then to Decatur.

21   Q.    You went to Decatur to see Walter's family, right?

22   A.    Um-hum.

23   Q.    Not your family?

24   A.    Correct.

25   Q.    Then you came back to Hamilton, Ohio?

LUSTER - CROSS

```
 1   A.   Correct.

 2   Q.   Then you got arrested?

 3   A.   Correct.

 4   Q.   And then you got out of jail or I guess --

 5   A.   Well, I was never booked or anything like that.

 6   Q.   Did you interview with the police that night of your

 7   arrest?

 8   A.   No, not an actual interview.

 9   Q.   You didn't talk to them at all?

10   A.   Yes, I talked to them.

11   Q.   Okay.  Did you talk to them about the robbery?

12   A.   No, not essentially, no.

13   Q.   Well, what did you talk to them about?

14   A.   I don't recall.  I believe they asked me why was I

15   with Tyreese.

16   Q.   And what did you tell them?

17   A.   That he was my boyfriend.

18   Q.   Well, did you tell them anything negative about

19   Tyreese that night?

20   A.   I don't recall so.

21   Q.   You think you did?

22   A.   I don't recall so.

23   Q.   It's possible you did?

24   A.   I don't recall.

25   Q.   Do you remember anything you talked to them about the
```

1    night you were arrested?

2    A.    No, I do not, no.

3    Q.    Did they let you go that night?

4    A.    Yes, they did.

5    Q.    And where did you go when you left?

6    A.    Hamilton.

7    Q.    Went back home?

8    A.    Yes.  Well, not home.

9    Q.    Well, where did you go?

10   A.    To my uncle's house.

11   Q.    What uncle?

12   A.    Martin Jackson.

13   Q.    You went to Uncle Martin Jackson's.  And how long did

14   you stay there?

15   A.    Week or so.

16   Q.    Okay.  And when did you go back down to Columbus,

17   Georgia?

18   A.    When did I go to Columbus?  Because it wouldn't be

19   going back.  I went within about the week or so.

20   Q.    All right.  And you dropped your kids off then?

21   A.    No.  They were already down there.

22   Q.    They take a bus there or car?

23   A.    They were already down there.

24   Q.    Okay.  They were already down there.  How?

25   A.    How?

LUSTER - CROSS

1   Q.   Did they get there?

2   A.   My aunt and my uncle picked them up.

3   Q.   From where?

4   A.   From Decatur.

5   Q.   How far is Decatur from Columbus?

6   A.   I don't know.

7   Q.   Didn't you just say you didn't see your --

8   A.   Yes, I did.

9   Q.   You did see your aunt and uncle?

10  A.   I said I didn't see them.

11  Q.   They picked up your kids from Decatur, but you didn't

12  see them?

13  A.   Correct.  Correct.

14  Q.   Did somebody have the authority to release your

15  kids --

16  A.   I had Tenikia call them and tell them to come and get

17  them.

18  Q.   Did Tenikia know your aunt and uncle before?

19  A.   I believe so.

20  Q.   You're not sure?

21  A.   I'm not sure, but I believe so.

22  Q.   Okay.  So you're saying Tenikia then released your

23  kids to these people saying that they were your aunt and

24  uncle, just released your kids?

25  A.   Not these people.  To my aunt and uncle.

LUSTER - CROSS

1  Q.   But you weren't there when that happened?

2  A.   No, I was not.

3  Q.   Where were you?

4  A.   I was with the defendants.

5  Q.   On your way back to Hamilton?

6  A.   Well, I'm not sure if they picked them up while we

7  were on our way back or if they picked them up while we

8  were actually there.

9  Q.   Now, I think I'm done.  Let me see if there is

10  anything else.  Now, you say you tried to find your Uncle

11  Mark.  In your statement on May 8th, you said you tried to

12  find your Uncle Mark who lives in Columbus?

13  A.   Um-hum.

14  Q.   Well, I guess you were unsuccessful?  When did you

15  find him?

16  A.   I didn't actually venture out.  I meant by using the

17  telephone to try to get his number.

18  Q.   You said after the hotel, I went and tried to find my

19  Uncle Mark who lives in Columbus, Georgia.  You remember

20  saying that?

21  A.   Yes.  I tried to find him.

22  Q.   Right.  Were you successful?

23  A.   Well, yes.

24  Q.   Okay.  Doesn't say here you found him.  It says you

25  tried to find him.

| | |
|---|---|
| 1 | A.   Well, this is by making phone calls. |
| 2 | Q.   Okay.  So, in other words, this statement then, it |
| 3 | should have you did find your Uncle Mark. |
| 4 | A.   By phone, yes. |
| 5 | Q.   You found him? |
| 6 | A.   By phone, yes. |
| 7 | Q.   Okay.  Any reason why you would write that you tried |
| 8 | to find him as opposed to you found him? |
| 9 | A.   I didn't write that.  I don't know how that -- how |
| 10 | that worked out. |
| 11 | Q.   You didn't -- are you saying that you didn't write |
| 12 | that; somebody else wrote this statement? |
| 13 | A.   I didn't write the actual statement. |
| 14 | Q.   Did you -- you signed it though? |
| 15 | A.   Yes, I did. |
| 16 | Q.   Did you read it? |
| 17 | A.   Yes, I did. |
| 18 | Q.   Was it accurate at the time you read it? |
| 19 | A.   Yes. |
| 20 | Q.   Is that accurate now? |
| 21 | A.   Yes. |
| 22 | Q.   Okay.  Now, take a look at that statement that I'm |
| 23 | talking about. |
| 24 | A.   I understand the statement.  What I'm saying to you is |
| 25 | that when I say that, I meant by making phone calls. |

LUSTER - CROSS

1    Q.    All right.  Are you saying now, a little bit further

2    down, you think Walter bought two or three videotapes while

3    you were there?

4    A.    Um-hum.

5    Q.    Like at Blockbuster, something like that?

6    A.    No, not Blockbuster, but like a videotape store.

7    Q.    But something similar to that?  Is that what you

8    meant?  I'm just trying to find out what you meant, what's

9    relevant about that.

10   A.    I don't know.  I believe I was asked something.  I

11   don't know.

12   Q.    Did you watch the videotapes?

13   A.    I think I may have watched one.

14   Q.    What were they?

15   A.    I don't remember.  It was some type of "Old School"

16   bike video.  I don't remember.

17   Q.    All right.  You said you were staying at the family's

18   house for one or two days.  And who was there, what family?

19   A.    Walter's family.

20   Q.    You know their names?

21   A.    No, I do not.

22   Q.    How many people were there?  How many family members

23   were there other than the people you came with?

24   A.    Three or four.

25   Q.    Kids, were there kids there?

LUSTER - CROSS

| 1 | A. | Two of them, I think, were, true. |

1   A.   Two of them, I think, were, true.

2   Q.   And your kids stayed there with you?

3   A.   Yes.

4   Q.   And where did you all sleep?  Did you sleep in their

5   house?

6   A.   Yes.

7   Q.   Tell me a little bit about that house.  You know how

8   many rooms was in the house, I mean how many bedrooms?

9   A.   I don't recall.

10   Q.   Did you all sleep in one room, you and your family,

11   you and your kids?

12   A.   Yes, on the floor.

13   Q.   Tyreese with you in your room?

14   A.   Yes.

15   Q.   How about Walter?

16   A.   No.

17   Q.   He had his own room?

18   A.   I don't know what room he had.

19   Q.   Okay.  And two floors to the house, or is it an

20   apartment?

21   A.   I don't remember going upstairs.  It was a house, but

22   I don't remember any stairs.

23   Q.   All right.  Let's see.  And let's see.  You said

24   Walter's car broke down?

25   A.   Correct.

LUSTER - CROSS

1   Q.   How did you get back?

2   A.   Get back where?

3   Q.   Just to Hamilton.

4   A.   In the Cadillac.

5   Q.   Which car broke down?

6   A.   The Mazda.

7   Q.   And that was a newer car, right?

8   A.   The Mazda?

9   Q.   Yes.

10  A.   Yes.

11  Q.   Okay.  So when you came back, what, all four of you

12  came back in one car?

13  A.   Three of us.

14  Q.   Okay.  Now, it says here that "when we were spending

15  the money."  You make reference to spending the money.  Did

16  you spend some of this money?

17  A.   No, I did not.

18  Q.   Okay.  You said, "The only time that I saw the money

19  was in Tennessee and when we were spending it."

20  A.   True.

21  Q.   You say "we," but you weren't spending it?

22  A.   Not actually spending it, no, but things were being

23  bought for me.

24  Q.   And, well, didn't the police tell you you might get in

25  trouble for that?