UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNTIED STATES OF AMERICA** | : | **CASE NO. 1:02CR-54** |
| Plaintiff, | : | (Judge Bunning for Judge Dlott) |
| | : | |
| vs. | : | |
| | : | **ORDER** |
| **WALTER PUGH, ET AL.** | : | |
| Defendants. | : | |

This case having recently been reassigned to the undersigned by Judge Dlott;

**IT IS ORDERED** that this action is scheduled for a Pretrial Conference on **November 2, 2005 at 2:00 p.m. in Cincinnati, Ohio in Courtroom 7, Room 117.** The attorneys who will be trying this action shall be present at the Pretrial Conference. Defendants shall also be present at the Pretrial Conference.

This __18th__ day of October, 2005.



Signed By:
David L. Bunning
United States District Judge