# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**  **Plaintiff,** | : : : | CASE NO. 1:02CR-54 (Judge Bunning) |
| vs. | : : | |
| **WALTER PUGH, ET AL.**  **Defendants** | : : : | **ORDER** |

********************************

Chambers having been orally advised by all counsel to reschedule the Pretrial Conference date due to a conflict with counsels' calendars, and the Court being otherwise sufficiently advised;

**IT IS ORDERED** that the Pretrial Conference scheduled for November 2, 2005 is hereby **rescheduled for October 26, 2005 at 3:00 p.m. in Cincinnati, Ohio in Courtroom 7, Room 117**. Defendants shall also be present at the Pretrial Conference.

This __20th__ day of October, 2005.



Signed By:
David L. Bunning
United States District Judge