## JUROR QUESTIONNAIRE

### Instructions To Jurors

You must answer the attached questions. They will assist the judge and the attorneys in selecting a jury. Your answers to the following questions are very important to the trial of this case and are designed to shorten the jury selection process.

Answer all the questions to the best of your ability. There are no right or wrong answers. The only requirement is that the answers be full and honest. Do not discuss any of these questions or your answers with anyone else, including any other prospective jurors. DO NOT ASK FOR HELP!

We need your assistance so we can select a fair and impartial jury in this case. The information requested is strictly confidential and will be used only to assist the Court and the attorneys in the jury selection process in this case.

Do not assume anything from these questions. The fact they are being asked does not necessarily have anything to do with the evidence you will hear. The judge and the lawyers realize that every person has beliefs, preconceived notions, and prejudices concerning many things. You should answer with your true feelings, whatever they may be. Do not assume any of your answers will qualify you or disqualify you from serving on this jury.

Please fully answer each question to the best of your ability. Write or print clearly. You must not ask anyone for help. Do the best you can. If you need additional space, there is an extra page at the end of the questionnaire. Please indicate the question number with your answer, on the additional page, if needed.

If you cannot answer a question because you do not understand it, write "DO NOT UNDERSTAND" next to the question. If you cannot answer because you do not know, write "DO NOT KNOW" next to the question. If a question does not apply to you, write "N/A" next to the question. If you want to explain your answer do so next to the question. If for any reason you do not want to answer any of the questions asked, please write the word "PRIVATE" next to the question and the Judge and the attorneys will take this matter up privately before the start of the trial.

We are all certain you understand the importance of juries to our American system of justice. We are confident you will not try to avoid your duty as a citizen to serve if it is at all possible to do so. Without your help our courts cannot operate properly under the Constitution. Your cooperation in completing and returning the "Juror Questionnaire" is a part of that duty."

Because your answers are part of the jury selection process and become part of the record of this court, your answers must be truthful under penalty of perjury.

C:\Documents and Settings\Jay Clark\My Documents\Word Perfect Documents\Criminal\Pugh Questionaire.wpd   Oct 24, 2005

## Juror Questionnaire

1. Juror Number:_____

2. What other cities, towns, communities or foreign countries have you lived in and when did you live there?

_____

3. What are your duties or responsibilities at your place of employment?

_____

4. What jobs have you held in the past?

_____

5. Have you ever been responsible for supervising, hiring or firing employees?

_____

6. Are there people of different races at your workplace?

_____

7. How do you feel this affects the workplace?

_____

8. What do you enjoy the most and least about your job?

_____

9. Do people where you work socialize outside of work?

_____

10. Does this group tend to divide along racial lines?

_____

11. Have you ever been pre-judged or labeled because of your ethnicity, color, or gender? How did that make you feel?

_____

12. How many African Americans would you consider to be a friend? _____

    (a) Describe your contacts:

_____

_____

2

(b) How long have you known the person/people?

_____

_____

13. What are some stereotypes you have heard used to describe African-American people?

_____

_____

14. What first comes to mind when you see a young, white, male in a nice, expensive, car with a loud stereo?

_____

_____

15. What is the first thing that comes to mind when you see a young African-American, male in a nice, expensive, car with a loud stereo?

_____

_____

16. Would you convict a person if there is only no physical evidence the person committed the crime? Why or why not?

_____

_____

17. If your spouse or the person with whom you share a household is not currently employed (and is not a child), answer these questions for his/her last job:

(a) Where did he/she work?

_____

(b) What is his/her job title?

_____

(c) Please describe his/her job responsibilities:

_____

3

(d) What jobs has he/she held in the past?

_____

18. If your spouse or the person you share your household attended college, vocational or technical school, how far did he/she go in school *[name school(s) and any degree(s) received]*?

_____

19. If you were in the military:

(a) What branch and what was the highest rank you held?

_____

(b)   If you served, were you:

   Enlisted   [ ]         Drafted   [ ]         Re-enlisted   [ ]

(c) What special schools did you attend or training did you receive?

_____

(d) Have you ever participated in a court marital or been involved in any way with military law enforcement or investigations? If YES, describe your involvement:

_____

20. Please list the sex, age and occupation for each of your children and/or step-children and grandchildren:

|  | 1 | 2 | 3 | 4 |
| --- | --- | --- | --- | --- |
| Relationship |  |  |  |  |
| Sex |  |  |  |  |
| Age |  |  |  |  |
| Level of Education |  |  |  |  |
| Occupation |  |  |  |  |

21. Do/Did your children attend public or private schools? Why?

_____

4

22. Do you have any training or education in any of the following areas *[Check all that apply]*:

    | | | | |
    |---|---|---|---|
    | Accounting | [ ] | Business | [ ] |
    | Business law | [ ] | Criminal Justice | [ ] |
    | Criminology | [ ] | Finance | [ ] |
    | Ethics | [ ] | Law | [ ] |
    | Law enforcement | [ ] | Security | [ ] |

23. Have you ever been employed, by, or connected with, or applied for a job with any law enforcement agency? If Yes, what agencies?

    _____

24. Have you or anyone you know ever worked for an attorney(s) or law firm(s)? If YES, who and what was the name of the attorney(s) or law firm(s):

    _____

25. Do you know any prosecuting or State attorneys, criminal defense attorneys or judges on a personal, professional or casual basis? If YES, whom do you know and what is the nature of your relationship?

    _____

26. Please list the occupation of your three closest friends and the occupation of their spouses:

    _____

27. Have you or any family members or friends ever been a member of an auxiliary or police reserve law enforcement branch? If YES, please explain:

    _____

28. Have you or any family members or friends ever worked in a courthouse or been a court watcher? If YES, please explain:

_____

_____

29. Has any family member or friend ever worked in a prison, jail or detention center? If YES, please explain:

_____

_____

30. Have you or any family members or friends ever worked in a security or detective service? If YES, please explain:

_____

_____

31. What are your thoughts and feelings about prosecutors, in general, and the job they do?

_____

_____

32. What are your thoughts and feelings about criminal defense attorneys, in general, and the job they do?

_____

_____

33. Do you belong to or associate with any groups, which have crime prevention or law enforcement as a goal? If YES, which groups?

_____

_____

34. Have you ever hired a lawyer for any reason? If YES, what was the reason for hiring a lawyer?

_____

_____

35. Have you ever had a good or bad experience with a lawyer of any type, including a criminal defense attorney, prosecutor, or civil attorney? Please explain:

_____

_____

36. Have you or anyone close to you ever been interviewed by the police or any other law enforcement agency? If YES, please explain:

_____

_____

37. Have you or any family member or friends ever had a positive or negative experience involving the police? If YES, please explain:

_____

_____

38. What criminal cases have you followed in the media? Why?

_____

_____

39. What do you think is the greater wrong:

    (a) For a jury to find a guilty person "not guilty".   [ ]

    (b) For a jury to find an innocent person "guilty".   [ ]

40. Do you believe most people charged with having committed a crime are actually guilty of that crime? Why?

_____

_____

41. Do you believe law enforcement officers would never bring criminal charges against a person if the officers had any doubt about the person's guilt? Why?

_____

_____

42. Do you believe that law enforcement officers take every reasonable step to ensure that only guilty people are charged? Why?

_____

_____

43. Which, if any of the following television shows do you watch regularly and how many hours a week do you spend watching television? _____

   CSI: Crime Scene Investigation         [ ]
   Law & Order                            [ ]
   Cold Case                              [ ]
   Stories from the Innocence Project     [ ]

44. Please list your 3 favorite T.V. shows:

   (1)_____ (2)_____ (3)_____

45. Have you or anyone you know been accused of doing something you did not do? If YES, please explain:

_____

_____

46. Have you or anyone you know attempted to blame someone else for something you/they were accused of doing? If YES, explain:

_____

_____

47. During the trial, you may be instructed certain evidence is received against only one defendant. If this happens, how will you eliminate from your mind consideration of the evidence in judging the innocence or guilt of the other defendant?

_____

_____

48. Does the fact this is a multi-defendant case create any concern on your part whether you can separate the evidence as to each of the defendants? Why?

_____

_____

49. The law does not compel a defendant in a criminal case to take the witness stand and testify. Should any defendant not take the witness stand, how would this affect your ability to be fair and impartial in this case?

_____

_____

50. What would be important to you in determining if a person is a credible witness?

_____

_____

51. Please list the newspapers, professional journals, magazines, or other periodicals to which you subscribe or read regularly?

_____

52. Please list any civic, political, social, professional, or religious organizations to which you now belong or have belonged:

_____

_____

53. Please list 3 people you admire the *most and why*:

    (1) _____

    (2) _____

    (3) _____

54. Please list 3 people you admire the *least and why*:

    (1) _____

    (2) _____

    (3) _____

55. In your opinion, what are the three-(3)-most important problems with law and order today and why?

    (1) _____

    (2) _____

    (3) _____

56. Please list the one person you feel most influenced your life and tell us why:

    _____

    _____

57. Do you consider yourself to be:

    Very Conservative [ ]
    Conservative     [ ]
    Moderate         [ ]
    Liberal          [ ]
    Very Liberal     [ ]

58. Which of the following would you use to describe yourself? *[Check all that apply.]*

| | | | |
|---|---|---|---|
| Analytical | [ ] | Apathetic | [ ] |
| Compassionate | [ ] | Emotional | [ ] |
| Empathetic | [ ] | Generous | [ ] |
| Intuitive | [ ] | Judgmental | [ ] |
| Logical | [ ] | Old-fashioned | [ ] |
| Opinionated | [ ] | Practical | [ ] |
| Private | [ ] | Selfish | [ ] |
| Sensitive | [ ] | Strict | [ ] |
| Technical | [ ] | Other_____ | |

59. What do you enjoy doing in your spare time?

_____

60. Is there any reason you would not want to serve as a juror in this case? Please explain:

_____

_____

61. Is there any reason you would want to serve as a juror in this case? Please explain:

_____

62. Is there anything going on in your life or at work preventing you from giving the case your full attention? Please explain:

_____

_____

63. Is there anything you would like to discuss privately with the court? Please explain:

_____

_____

64. As a result of filing out this questionnaire, have you formed an opinion about this case? If YES, please explain:

_____

_____

65. Is there anything else that you feel is important for the parties in this case to know about you?

_____

_____

_____

_____

Below you will find a number of statements expressing different attitudes on various subjects. Place a check in the appropriate space corresponding to your level of agreement or disagreement with each statement.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |

A. The rights and protections under the U.S. Constitution are very important for each and every citizen.

___  ___  ___  ___  ___  ___

B. There are too many technicalities in the law allowing guilty people to go free.

___  ___  ___  ___  ___  ___

C. Police Officers must be obeyed without question because they have society's best interest at heart.

___  ___  ___  ___  ___  ___

D. It is not wrong to lie if it is for a good reason.

___  ___  ___  ___  ___  ___

F. Testimony of a law enforcement officer must be considered as very strong evidence because law enforcement officers must tell the truth.

___  ___  ___  ___  ___  ___

G. People can lie, but physical evidence can not.

___  ___  ___  ___  ___  ___

H. Police officers should use all available resources to prove the guilt of an suspect.

___  ___  ___  ___  ___  ___

12

| Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |
|---|---|---|---|---|---|

I.  Although the law says a defendant has a right to remain silent, an innocent person accused of a crime would testify at his trial.

_____   _____   _____   _____   _____   _____

J.  If the Government charges someone with a crime, the person is probably guilty.

_____   _____   _____   _____   _____   _____

K.  One way to determine if a person is telling the truth about a particular event or series of events is in what the person does not remember about the events.

_____   _____   _____   _____   _____   _____

L.  Individuals who were previously involved in an intimate relationship may have reason and motive to lie about the other which may never become known or apparent.

_____   _____   _____   _____   _____   _____

**OATH**

I swear or affirm all of my answers in this questionnaire are true and correct to the best of my ability.

_____
Juror's Signature

_____
Date

**EXPLANATION SHEET**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____