# Stipulation

1. Defendant's exhibit 1b is a true and accurate photograph taken of Walter Pugh at the Hamilton County Justice Center on May 7, 2002 upon intake into that facility.

2. Defendant's exhibit 2, 2A are a true and accurate photograph taken of Walter Pugh by the United States Marshall on May 7, 2002.

3. Defendant's exhibit #6 is a true and accurate copy of the 911 call made by James Connaughton on April 24, 2002.

4. ~~Gov't's 24-25 are don't take stand~~

   _[signatures]_ 64463
   _[signature]_ 042027
   for Tyreese Pugh