**United States of America**

**v.**

**Tyreese D. Pugh**

or...

*Good enough for government
work.*

---

REASONABLE DOUBT

Reasonable doubt is a doubt based on
reason and common sense.  It may arise
from the evidence, the lack of evidence, or
the nature of the evidence. Possible doubts
or doubts based purely on speculation are
not reasonable doubts. Proof beyond a
reasonable doubt means proof that is so
convincing that you would not hesitate to
rely and act on it in making the most
important decisions in you own lives.

---

REASONABLE DOUBT

Reasonable doubt is a doubt based on
**reason and common sense**.  It may arise
from the evidence, the lack of evidence, or
the nature of the evidence. Possible doubts
or doubts based purely on speculation are
not reasonable doubts. Proof beyond a
reasonable doubt means proof that is so
convincing that you would not hesitate to
rely and act on it in making the most
important decisions in you own lives.

1

REASONABLE DOUBT

Reasonable doubt is a doubt based on
reason and common sense.  It may arise
from the evidence, the lack of evidence,
or the nature of the evidence. Possible
doubts or doubts based purely on speculation
are not reasonable doubts. Proof beyond a
reasonable doubt means proof that is so
convincing that you would not hesitate to
rely and act on it in making the most
important decisions in you own lives.

REASONABLE DOUBT

Reasonable doubt is a doubt based on
reason and common sense.  It may arise
from the evidence, the lack of evidence, or
the nature of the evidence. Possible doubts
or doubts based purely on speculation are
not reasonable doubts. Proof beyond a
reasonable doubt means proof that is so
convincing that you would not hesitate to
rely and act on it in making the most
important decisions in you own lives.



## No Credibility

## Credibility

**ALL OR PART** – It is up to you to decide if a witness' testimony was believable and how much weight you think it deserves. You free to believe everything that a witness said, or only part of it, or none at all.

## Credibility

**ALL OR PART** – It is up to you to decide if a witness' testimony was believable and how much weight you think it deserves. You free to believe **everything** that a witness said, or **only part of it**, or **none** at all.

## Credibility

Things to Consider:
- Memory: accuracy, passage of time
- Interference with ability to perceive
- Appearance while testifying
- Relationship to the Government
- Inconsistencies
- Compared to other evidence
- Character

## Stephanie Luster

- Unable to remember specifics, so no one can check her story.
- Leaves her children somewhere in GA.
- Never questions anything about the trip.
- 3 stmts, no tape, 1 signed.
- The "Lost" four days.

Calendar for April 2002 (United States)

Calendar for May 2002 (United States)

## Stephanie Luster

- Withheld information from police on 5-3-02, 5 days to think before stmt of 5-8-02.
- Hotel check-in ???
- Regular smoking of marijuana, stopped briefly.
- Loses Tyreese to rival Ra-Shay Patterson.
- Taken out of room before TP moved from bed – Wittach.

## Shanell Holston

- Question of Character
  - Is she an "honest person."
    - dis·hon·est (d's-¼n"'st) adj. 1. Disposed to lie, cheat, defraud, or deceive. 2. Resulting from or marked by a lack of honesty. -- dis·hon"est·ly adv.
  - American Heritage Dictionary, 3rd Edition-Electronic

## Shanell Holston

- Question of Character
  - Is she an "honest person."
    - dis·hon·est (d's-¼n"'st) adj. 1. Disposed to lie, cheat, defraud, or deceive. 2. Resulting from or marked by a lack of honesty. --dis·hon"est·ly adv.
  - American Heritage Dictionary, 3rd Edition-Electronic

## Shanell Holston

- Question of Character

  Is she an "honest person."
  - **Shanell Holston** (d¹s-⅛n⁴¹st) *adj.* **1.** Disposed to lie, cheat, defraud, or deceive. **2.** Resulting from or marked by a lack of honesty. **--dis·hon"est·ly** *adv.*
- *American Heritage Dictionary,* 3rd Edition-Electronic

## Shanell Holston

- No money found in search of Wincanton house despite ongoing surveillance.
- Asked to bring clothes to Wincanton.
- Never mentions Tyreese regarding robbery.

## No Credibility

## No Corroboration

## No Corroboration:
## Det. James Calhoun

Perfomance Evaluation of April 6, 2004:

"*Jim has the ability and knowledge to be a leader and superior investigator.*"

"*Although, he usually completes his cases at a satisfactory level. I think he can perform at a higher level as he did with the missing adult more consistently.*"

"*I hope he will in the future.*"

OR...Good enough for government work.

---

## No Corroboration:
## Det. James Calhoun

- Lead Investigator – Case his responsibility
- Demeanor – the only time he seemed to need help was testifying.
- How did he get to the bank?
- Never attempts fingerprints on glove to ID third suspect/driver.
- Mystery Information Never Corrected: H.P.D. Teletype
  - 3 M/B Suspects w/ descriptions
  - Oldsmobile Cutlass Cierra
  - Loud Exhaust

---

### No Corroboration:
### Det. James Calhoun

- Does not remember what he said from one day to the next.
  - Disregard of Trotwood after search of Cadillac.
- No attempted ID of guns by bank emp.
- No taped statements due to $$$.
- Left Bessie Pew car unattended.
- No lab testing of recovered glove portion.
- No follow up with Trotwood P.D. on stolen car.
  - Never learns of license plate in rear window.



James Connaughton: Did not see license plate when he was looking for the plate as car pulled away from bank. Why?

License plate in Rear Window

### No Corroboration:
### Det. James Calhoun

- No use of Ga. Law enforcement to corroborate S. Luster.
- Teaches report writing and importance of words.
  - Bessie Pew: "*looks like*" does not mean "*it is*"
- No contact with S. Luster Ga. relatives.
- Never contacted S. Lusters in Ga where she left them.
- No corroboration of Travelodge, Videostore, or Business card contact.

### No Corroboration:
### Det. James Calhoun

- No location of broken down Mazda.
- No follow-up on Trotwood fingerprints.
- Waits over 3 years to run list of stolen cars.
- No one ID's T.P. as one of the robbers.

---

### No Corroboration:
### Det. James Calhoun

- No follow-up on shoe-print, even though Det. Cifuentes had submitted shoe prints to MVRCL prior to 4-24-02.
- Never listened to BP car while running for loud muffler.
- Incomplete Case Notes.
  - No record of contact w/ Travelodge.
  - No record of Mazda GPS contact.
  - No record of 5-3-02 interview w/ S. Luster.
- Never attempted I.D. of T.P. by bank employees after 5-3-02 arrest.

---

```
/OHADJCN57.DH0570000
DH0570000 078 2002/04/24 15:35:40
aFROM NCIC
0H0570003

MKE/STOLEN VEHICLE
ORI/0H0570000 LIC/AK13ET LIS/OH LIY/2002 LIT/PC
VIN/1G3CW6931F4360795 VYR/1985
VMA/OLDS VMO/98 VST/4D VCO/MAR DDT/P002:0424
DCA/TR024259
MIS/0H0571200
NIC/V041347753P DTE/9H020424 1532 EDT
ORI IS MONTGOMERY CO SO DAYTON 937 225-4357
```

```
/0HADJCN57,0H85700000
0H85700000 078 2002/04/24 15:35:40
*FRUM NCIC
0H85700003

MKE/STOLEN VEHICLE
ORI/0H85700000 LIC/AK136T LIS/0H LIY/2002 LIT/PC
VIN/1G3CW6931F4380995 VYR/1985
VMA/OLDS VMO/98 VST/4D VCO/MAR DOT/2002:0424
OCA/TR084259
MIS/0H85712000
NIC/V04347759 DTE/20020424 1532 EDT
ORI IS MONTGOMERY CO SO DAYTON 937 225-4357
```

• No Corroboration:
  Det. James Calhoun
• No attempt to get pay-phone records, b/c
  long, drawn-out process.
• No follow up on long distance telephone
  records.
• No follow up on cell phone records or
  ownership of recovered.
• Of 100 cars stolen 4-23 to 4-24 in Oh, Ky,
  and In., only one fit description of robbery
  suspects and close enough to be involved.

No Credibility

No Corroboration

No Connection

### No Connection: Case Entirely Circumstantial

- No ID of Tyreese as robber.
- No money recovered.
- No credible sighting of money.
- No "robber" clothing.
- No shoes of Tyreese consistent with shoe print.
- Only Stephanie Luster puts Tyreese in TN and GA.
- Only Stephanie Luster puts Tyreese making any statement or action suggesting involvement and she contradicts Gov.t Exh. 4.1



### Area of Reasonable Doubt

- Would you rely on Stephanie Luster in the most important of your daily affairs? No follow-up, follow-through, or diligence of Calhoun.
- No physical connection of Tyreese to this crime.
- Despite tape conversation with Shanell, no money recovered from Wincanton.

## A VERDICT OF NOT GUILTY INCLUDES:

❖ Based upon the evidence, we the Jury find that the defendant is **absolutely 100%** innocent.

❖ Based upon the evidence, we the Jury cannot be **absolutely sure** that the defendant is innocent.

❖ Based upon the evidence presented, we the jury are **confident** that the defendant is innocent.

---

## A VERDICT OF NOT GUILTY INCLUDES:

❖ Based upon the evidence presented, we the Jury believe that the defendant is **probably innocent.**

❖ Based upon the evidence presented, we the Jury are **not really sure one way or the other** if the defendant is guilty or innocent.

❖ Based upon the evidence, we the Jury believe it is **more likely than not** that the defendant is guilty.

---

## A VERDICT OF NOT GUILTY INCLUDES:

❖ Based upon the evidence presented, we the Jury believe that the defendant is **probably guilty.**

❖ We the Jury believe that the defendant is guilty but the **evidence falls a little short** and we **cannot find** that the defendant is guilty **beyond a reasonable doubt.**

No Credibility

No Corroboration

No Connection

Not Guilty