AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __Ohio__ __Southern__

USA v. Walter M. Pugh / Tyreese Dorran Pugh

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 1:02-cr-54

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David L. Bunning | Amul R. Thapar / Anthony Springer | William Gallagher / Ravert V. Clark |
| TRIAL DATE(S) 11-14-05 | COURT REPORTER Wiesman | COURTROOM DEPUTY Dallas |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ① | | 11-14-05 | witness | | Jenny Tettenhorst - former head teller 1st National Bank |
| 1.1 | | " | ✓ | ✓ | Photo of Bank |
| 1.2 | | " | ✓ | ✓ | Photo of Bank |
| 1.3 | | " | ✓ | ✓ | Photo front doors of Bank |
| 1.4 | | " | ✓ | ✓ | Photo teller windows |
| 1.5 | | " | ✓ | ✓ | Photo Tettenhorst station - other stations - drive thru |
| 1.6 | | " | ✓ | ✓ | Photo vault door |
| 1.7 | | " | ✓ | ✓ | Photo vault door |
| 1.8 | | " | ✓ | ✓ | Photo inside of vault |
| | 7 | " | ✓ | | Typewritten statement given to Hamilton Police Dept (Tettenhorst) |
| ② | | 11-15-05 | witness | | Pam Philpot - Bank teller 1st National Bank |
| | 8 | " | ✓ | | Typewritten statement given to Hamilton Police Dept by Philpot |
| ③ | | " | witness | | James Connaughton - manager of former First National Bank S.W. Ohio |
| 2 | | " | ✓ | ✓ | Diagram 1st National Bank S.W. Ohio |
| 9.3 | | " | ✓ | | Photo auto used in robbery (from rear) |
| | 9 | " | ✓ | | Typewritten statement given to Hamilton Police Dept by Connaughton |
| ④ | | " | witness obj. oft | | Donna Caudell, Security Investigator 1st National Bank |
| 3 | | " | ✓ | ✓ | Copy sign or certificate for FDIC posted at Bank |
| 3.1 | | " | ✓ | ✓ | Internal Statements - payment for FDIC insurance Quarterly statement showing payments 1st quarter 2002 |
| 3.2 | | " | ✓ | ✓ | Statement for FDIC ins. payments - 2nd quarter 2002 |
| 3.3 | | " | ✓ | ✓ | Statement for FDIC ins. payments - 3rd quarter 2002 |
| 3.4 | | " | ✓ | ✓ | Statement for FDIC ins. payments - 4th quarter 2002 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST — CONTINUATION**

| USA | | | vs. Pugh, et al | | CASE NO. 1:02-cr-54 |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 6 | | 11-15-05 | ✓ | ✓ | Teller sheet (Jenny) used to obtain total loss |
| 7 | | " | ✓ | ✓ | Teller sheet (Pam Philpot) |
| 8 | | " | ✓ | ✓ | Audit Cash Sheet for Vault |
| 8.1 | | " | ✓ | ✓ | Handwritten sheet showing amount taken at robbery ($153,189.01) |
| (5) | | " | witness | | Robert Wolfe, Jr., Private investigator, Surtec Investigations |
| 5.1 | | " | ✓ | ✓ | VHS tape - surveillance tape from Hamilton Police Dept |
| 5.2 | | " | ✓ | ✓ | VHS tape made by Wolfe - slow motion |
| 4.1 | | " | ✓ | ✓ | Videoprint made from VHS tape from surveillance tape |
| 4.2 | | " | ✓ | ✓ | " " " " " " " " " |
| 4.3 | | " | ✓ | ✓ | " " " " " " " " " |
| 4.4 | | " | ✓ | ✓ | " " " " " " " " " |
| (6) | | " | witness | | Stephanie Luster, former girlfriend Tyrese Pugh |
| 10 | | " | ✓ | | Photo shotgun |
| 11 | | " | ✓ | | Photo revolver |
| | 10 | " | ✓ | | May 8 2002 Statement given to Hamilton Police Dept by Luster |
| | | " | | | Transcript P. 452 - prior proceedings |
| | 11 | " | ✓ | | Calender 2002 |
| | | " | | | Transcript prior proceeding P. 392 |
| (7) | | " | witness | | Detective James Calhoun - Hamilton Ohio Police Dept. |
| 10 | | " | ✓ | | Shotgun (mossberg) recovered during investigation |
| 16 | | " | ✓ | ✓ | Black carry bag found Cadillac containing various ammunition |
| 17 | | " | ✓ | ✓ | Bag containing Black & Mild Cigar Box and cigar tip (found Cadillac) |
| 18 | | " | obj-W.P. | ✓ | Bag containing 1989 Cadillac registration in name of Walter Pugh, Business card, Parking permit Atlanta Travelodge, video rental slip from Atlanta 4-29-02 |
| 9.1 | | | ✓ | ✓ | Photo Auto - Olds Cutlass Sierra auto of Bessie Pugh 4-25-02 taken at Police station |
| 9.2 | | | ✓ | ✓ | Driver side view of Bessie Pugh auto taken 4-25-02 at station |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| USA | | vs. Pugh, et al | | | CASE NO. 1:02-cr-54 |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 9.3 | | 11-15-05 | ✓ | ✓ | Rear view license plate of auto of Bessie Pugh taken 4-25-02 at Bessie Pugh place of work |
| | | " | | | Transcript prior Proceeding P. 283-284 |
| | | " | | | E-mail from Calhoun to Sergent re: request for evidence |
| | 4 | " | ✓ | ✓ | 4-24-02 Teletype on stolen vehicle in Trotwood |
| | 3 | | ✓ | ✓ | 4-24-02 Teletype re: robbery in Hamilton |
| | 12 | | ✓ | | Report - case notes of Detective Calhoun |
| ⑦ | | 11-16-05 | witness | | Detective James Calhoun |
| 26 | | " | ✓ | ✓ | Envelope containing torn latex glove recovered from Bessie Pugh auto |
| | 3 | " | ✓ | ✓ | Teletype Hamilton Police Dept re: armed robbery |
| 24 | | " | ✓ | ✓ | Hamilton Police digital photo Walter Meade Pugh taken 5-3-02 |
| 25 | | " | ✓ | ✓ | Hamilton Police digital photo Tyreese Dorran Pugh taken 5-3-02 |
| ⑧ | | " | witness | | Bessie Pew, sister of Walter Pugh |
| | | " | | | Transcript prior Proceeding, pp. 644-645 |
| | 19 | " | | | Audio |
| | | " | | | Transcript prior Proceeding pp. 637-638 |
| ⑨ | | " | witness | | Glenn Boone - VP - Asst. Controller, 1st Financial Bank formerly 1st National Bank SW Ohio |
| 29 | | " | ✓ | ✓ | 3-22-02 Debit ticket & Quarterly Statement FDIC & supporting documentation |
| ⑩ | | " | witness | | Shanell Holston, former girlfriend Walter Pugh |
| 10 | | " | obj ✓ | ✓ | Shotgun (sawed off) |
| 11 | | " | ✓ | obj ✓ | Revolver (was inside no. 13) |
| 13 | | " | ✓ | ✓ | Brown leather case |
| 14 | | " | ✓ | ✓ | Shotgun shells |
| 16 | | " | ✓ | ✓ | Bag with Walter Pugh's black carry on bag |
| 19 | | " | ✓ | ✓ | Tape (audio cassette tape) conversation Pugh & Holston |
| ⑪ | | " | witness | | Detective James Cifuentes, Hamilton Police Dept |
| 12 | | " | obj ✓ | ✓ | Revolver (22) (loaded at time found) in brown case #13 |

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | USA vs. Pugh, et al | | | CASE NO. 1:02-cr-54 |
| 13 | | 11-16-05 | ✓ | ✓ | Brown leather case |
| 15 | | 11-16-05 | ✓ | ✓ | Radio Shack scanner - recovered in Neon 5-3-02 |
| 20 | | " | ✓ | ✓ | Plastic Bag - Jerseys w/ pricetags - 1 pair shoes - |
| 21 | | " | ✓ | ✓ | Plastic Bag - Shirts, Pants w/ pricetags, 1 pair shoes, Black backpack |
| 22 | | " | ✓ | ✓ | Plastic Bag - Nike shoes - 4 pair socks |
| 23 | | " | ✓ | ✓ | Green hard suitcase - pictures, Pants w/ pricetags, photo albums, Battery chargers |
| 27 | | " | ✓ | ✓ | Black case containing walkie talkies, Nokia cellphone, keys, C.D. |
| (12) | | " | witness | | Deputy Sheriff Matthew Wittich |
| (13) | (1) | " | witness | | Jeffrey Derringer, Trotwood Police |
| | 5a | " | ✓ | ✓ | Auto theft report 2002 Trotwood OH |
| | 5b | " | ✓ | ✓ | Supplemental auto theft report |
| | 5c | " | ✓ | ✓ | Supplemental auto theft recovery report |
| | 5d | " | ✓ | ✓ | Supplemental auto theft report closing case |
| | | 11-17-05 | | | Stipulation read by Judge |
| | 6 | " | ✓ | ✓ | 911 call (audiotape) |
| | 1a | " | ✓ | ✓ | Photo |
| | 2 | " | ✓ | ✓ | Photo |
| | 2a | " | ✓ | ✓ | Photo |
| (24) | | " | witness | | Ra-Shay Patterson |