# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## PROBATION OFFICE
## PRESENTENCE INVESTIGATION AND DISCLOSURE NOTICE

**RE:** Tyreese Pugh
1:02CR00054

The defendant has been found guilty of counts and Judge David L. Bunning has ordered a presentence investigation. Local Rule 32.1 of this Court dictates certain time frames for completion of the presentence report and the disclosure process. Therefore, in compliance with Local Rule 32.1 you are advised:

1. The presentence report will be completed by U. S. Probation Officer **Lisa H. Egner**.

2. The report will be available for disclosure to the parties on **December 22, 2005** (35 days from conviction). The initial presentence report will be mailed to the attorney for the defendant. The attorney for the government should pick up the initial report at the clerk of courts office on that date. The defense attorney shall be mailed two copies of the report, one of which must be provided to the defendant.

3. The attorney for the defendant and the government have 14 days from the disclosure date to communicate any objections to the initial presentence report. Therefore, objections shall be communicated to the probation officer not later than **January 9, 2006**.

4. Efforts will be made by the parties to resolve any objections to the report prior to its submission to the Court. Any unresolved objections will be outlined by the probation officer in an addendum, which will be attached to the final report and forwarded to the Court not later than **January 30, 2006**.

5. The defendant shall comply with the instructions on the reverse of this notice.

_____
C. Patrick Crowley, Chief
U. S. Probation Officer

Date: November 22, 2005

Copies to:    Defendant
              Defense Attorney
              Clerk of Court
              Ass't. U. S. Attorney
              File

SEE IMPORTANT INSTRUCTIONS ON REVERSE SIDE OF THIS PAGE