# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Eastern District of Kentucky
F I L E D

JAN 1 0 2006

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

United States of America          :

       **Plaintiff**          :

                 :          **Case No. CR-1-02-54**

       v.          :          **District Judge David L. Bunning**

**Walter M. Pugh, Jr. &**          :
**Tyreese D. Pugh**          :

       **Defendants**          :

Upon the Court's own motion;

**IT IS ORDERED** that the Sentencings of Walter M. Pugh, Jr. and Tyreese D. Pugh

scheduled for January 20, 2006 are hereby **rescheduled for February 3, 2006 at 10:30**

**a.m. in Cincinnati, Ohio In Courtroom 7, Room 117.**

This ___9th___ day of January, 2006.



Signed By:
David L. Bunning
United States District Judge