**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | Case No. CR-1-02-054-2 |
| | : | |
| Plaintiff, | : | Judge Bunning |
| | : | |
| vs. | : | **MOTION TO CONTINUE** |
| | : | **FEBRUARY 3, 2006,** |
| **TYREESE D. PUGH** | : | **SENTENCING** |
| | : | |
| Defendant. | | |

Defendant, Tyreese D. Pugh, through counsel, moves this Court, pursuant to 18 U.S.C 3161, for a continuance of the sentencing date currently set in this matter for February 3, 2006. The grounds for this motion are contained in the accompanying memorandum.

MEMORANDUM

Tyreese' counsel did not receive the Initial Presentence Investigation Report until Saturday, January 28, 2006.  Pursuant to the applicable local rules, Tyreese has until February 10, 2006, to communicate any objections to the probation officer.  This date is after the scheduled February 3rd sentencing.

Given the seriousness of the offense and the length of the potential sentence facing Tyreese, counsel request a continuance of the currently scheduled sentencing in order to have sufficient time to review the initial report and prepare any objections which may be necessary.

The Defendant's copy of the initial report was forwarded to him today by ordinary U.S. mail at the Boone County Jail for his review. It is possible, counsel may require time beyond February 10, 2006, to adequately respond to the initial report.

For these reasons, counsel request a continuance of the February 3, 2006 sentencing.

Respectfully submitted,

_S/ Ravert J. Clark_
Ravert J. Clark
Attorney for Tracy Matacia
114 East 8th Street
Suite 400
Cincinnati, Ohio 45202
(513) 587-2887
Fax: 513-621-2525
Notguilty14@aol.com

CERTIFICATE OF SERVICE

I certify a copy of the foregoing Motion was served this 30th day of January, 2006,

electronically on: all counsel of record in this case by the ECMS.

_S/ Ravert J. Clark_
Ravert J. Clark
Attorney for Tracy Matacia
114 East 8th Street
Suite 400
Cincinnati, Ohio 45202
(513) 587-2887
Fax: 513-621-2525
Notguilty14@aol.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## U.S. Probation Office

**C. Patrick Crowley**
Chief U.S. Probation Officer

Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, Ohio 43215-2398
Phone: 614-719-3100
Fax: 614-469-2579

Reply To: Cincinnati

110 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3980
Phone: 513-564-7575
Fax: 513-564-7587

702 Federal Building
200 West Second Street
Dayton, Ohio 45402-1411
Phone: 937-512-1450
Fax: 937-225-2755

January 27, 2006

Ravert J. Clark, Esq.
The Citadel
114 East Eighth Street
Cincinnati, Ohio 45202

**RE:    U.S.A. vs. PUGH, Tyreese Dorran
        Docket No. CR 1-054-002**

Dear Mr. Clark:

Attached is the initial Presentence Investigation Report on the above named defendant. Under Local Rule 102, the defense lawyer is required to promptly provide a copy of the report to the defendant.

Both counsel for the defendant and the government are required by the local rule to advise the probation officer of any objections to the initial report not later than **February 10, 2006**.

Do not hesitate to contact me if you have questions about the report or the local rule.

Sincerely,

Lisa Hannan Egner
United States Probation Officer

LHE:bsw

attachments

cc:    Amul R. Thapar, Esq. and
       Anthony Springer, Esq.
       United States Attorney's Office