UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | Case No. CR-1-02-054-2 |
| | : | |
| Plaintiff, | : | Judge Bunning |
| vs. | : | |
| | : | **MOTION TO CONTINUE** |
| **TYREESE D. PUGH** | : | **FEBRUARY 21, 2006** |
| | : | **SENTENCING** |
| Defendant. | : | |

Defendant, Tyreese D. Pugh, through counsel, pursuant to Fed. R. Crim P. 32, for a continuance of the sentencing date currently set in this matter for February 21, 2006. A continuance to February 22, 2006 is requested. The grounds for this motion are contained in the accompanying memorandum.

## MEMORANDUM

As a result of a delay in the preparation of the presentence report, the original sentencing date of February 3, 2006 had to be continued. The court continued the sentencing of Tyreese and co-defendant Walter Pugh to February 21, 2006 at 5:00 PM. Counsel for both Defendants teach a class as adjunct faculty through the University of Cincinnati, College of Law, which meets on Tuesdays from 4:00 PM to 7:00 PM. Because of this conflict counsel request the sentencing be continued to Wednesday, February 22, 2006. This would allow counsel to avoid missing the class. In addition, undersigned counsel is scheduled to be in progress before this Court in the trial of *United States. v. Wendell Ross*, case number 1:04-cr-00099 on February 22, 2006. Counsel for co-defendant Walter Pugh is also available on February 22, 2006.

For these reasons Tyreese requests the sentencing currently set for February 21, 2006, be continued to February 22, 2006.

Respectfully submitted,

*s/ Ravert J. Clark*
Ravert J. Clark
Attorney for Tyreese D. Pugh
114 East 8th Street
Suite 400
Cincinnati, Ohio 45202
(513) 587-2887
Fax: 513-621-2525
Notguilty14@aol.com

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing Motion was served this 9th day of February, 2006, electronically on all counsel of record in this case by the ECMS.

*s/ Ravert J. Clark*
Ravert J. Clark
Attorney for Tracy Matacia
114 East 8th Street
Suite 400
Cincinnati, Ohio 45202
(513) 587-2887
Fax: 513-621-2525
Notguilty14@aol.com