# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,** | : | CASE NO. 1:02CR-54 |
| | : | (Judge Bunning) |
| vs. | : | |
| | : | **ORDER** |
| **WALTER PUGH, ET AL.**<br>**Defendants** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on Defendants' Motion to Continue Sentencing date due to a conflict with counsel's schedules (Doc. #157), and the Court being otherwise sufficiently advised;

**IT IS ORDERED as follows:**

1. That Defendants' Motion (Doc. #157) be, and is, hereby **granted**.

2. That the Sentencing date scheduled for February 21, 2006 is hereby **rescheduled for February 22, 2006 at 5:00 p.m. in Cincinnati, Ohio in Courtroom 7, Room 117.**

This ___13th___ day of February, 2006.



Signed By:
David L. Bunning
United States District Judge

