UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
PROBATION OFFICE

110 POTTER STEWART COURTHOUSE
100 EAST 5TH STREET
CINCINNATI, OH  45202-3980

## PRESENTENCE REPORT TRANSMITTAL

TO: Honorable David Bunning
Visiting United States District Judge
Eastern District of Kentucky (Covington)

FROM: Lisa Hannan Egner
United States Probation Officer

SUBJECT: **PUGH, Tyreese Dorran**
**Docket No. CR 1-02-054-002**
**Final Presentence Report**

DATE:

The Final Presentence Report and any necessary addenda are herewith submitted to the Court. This case is subject to the United States Sentencing Commission Guidelines.

Defense Counsel and Counsel for the Government are being provided with a copy of the final Presentence Investigation Report.

cc: District Court Clerk