UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CASE NO. 1:02CR-54 |
| Plaintiff, : | (Judge Bunning) |
| vs. : | |
| : | ORDER |
| WALTER PUGH : | |
| TYREECE PUGH : | |
| Defendants, : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Defendants, by counsel, having requested a brief continuance of the Sentencing, and the Court being advised that Defendant Walter Pugh's objections to the presentence report were erroneously forwarded to the wrong probation officer, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the Sentencing date scheduled for February 22, 2006 is hereby **rescheduled for March 9, 2006 at 1:00 p.m. in Cincinnati, Ohio in Courtroom 7, Room 117**.

This __22nd__ day of February, 2006.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\US.SDOH\Pugh\54-2nd Reschedule Sent.wpd