Received at: 9:06AM 3/13/2006
03/13/2006  09:07   8593927929        US DISTRICT CLERK                    PAGE  01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CRIMINAL MINUTES - SENTENCING

CINCINNATI _____ Case No. 1:02-54-DLB _____ At  CINCINNATI _____ Date 3/9/06

U.S.A. vs TYREESE DORRAN PUGH _____  X present  X custody ___ bond ___ OR

---

DOCKET ENTRY:
Defendant's objection as to restitution is OVERRULED. Legal argument presented and ruling made on the record. Clerk of Court advised to file Notice of Appeal per request made by defendant in open court. Attorney for defendant, Jay Clark, shall facilitate the delivery of any personal items of Tyreese Dorran Pugh from his present location to the institution designated.

Signed By:
David L. Bunning
United States District Judge

---

PRESENT:  HON. ____DAVID L. BUNNING_____, JUDGE

Tammy Dallas              Lisa Wiesman             Amul L. Thapar and Anthony Springer
Deputy Clerk              Court Reporter           Assistant U.S. Attorney


Counsel for Deft  Jay Clark   ___ present  ___ retained  x appointed


PROCEEDINGS: SENTENCING


X  Objections to Presentence Report ruled on per findings in the record.

___ No objections to Presentence Report.

___ The Court Reporter shall transcribe the proceeding of the hearing on the
       Objections to the Presentence Report and in the record.

___ Transcript shall be deemed as written findings of Court.

X  Judgment shall be entered (See Judgment & Commitment.)

X  Court's Advice of Right to Appeal read to defendant and acknowledged by defendant
   Tyreese Dorran Pugh in open court.

___ Defendant to remain on bond, and on conditions of release.

X  Defendant remanded to custody.

Copies: USA, USPO, USM, Clark                        Initials of Deputy Clerk  ted

| TIC | | 30 |
|---|---|---|