IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cr54 |
| vs. : | |
| : | District Judge David L. Bunning |
| Tyreese Dorran Pugh : | |
| : | |
| Defendant(s) : | |

NOTICE OF APPEAL

Notice is hereby given that Tyreese Dorran Pugh defendant above named, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on March 13, 2006.

Entered by the Clerk, U.S. District Court
Pursuant to Order of the Court.

JAMES BONINI, CLERK

___s/William Miller_____
Deputy Clerk