No. 06-3522

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
MAY 0 2 2006
LEONARD GREEN, Clerk

| | |
|---|---|
| United States of America, | ) |
| Plaintiff-Appellee, | ) 1: 02CR54 |
| v. | ) ORDER |
| Tyreese D. Pugh, | ) |
| Defendant-Appellant. | ) |

Upon consideration of the motion of Ravert J. Clark to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be, and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

ENTERED PURSUANT TO RULE 45(a)
SIXTH CIRCUIT RULES

Leonard Green, Clerk

*Leonard Greenfield*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By *Robin Duncan*
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROBIN DUNCAN
(513) 564-7027
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: May 2, 2006

Ravert J. Clark
Arenstein & Gallagher
114 E. Eighth Street
Cincinnati, OH  45202

Amul R. Thapar
U.S. Attorney's Office
221 E. Fourth Street
Atrium II Building
Cincinnati, OH  45202

RE: 06-3522
    USA vs. Pugh
    District Court No. 02-00054

Dear Counsel,

   Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

Robin Duncan
Case Manager

Enclosure

Certified Copy to:

   Honorable David L. Bunning
   Mr. James Bonini