UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 06-3522

Filed: July 21, 2008

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

TYREESE PUGH,

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 04/09/2008 the mandate for this case hereby issues today.

COSTS: NO COSTS TAXED

Filing Fee .......................$
Printing ..........................$

    Total ....................$

<table>
<tr><td>Leonard Green<br>Clerk</td><td>UNITED STATES COURT OF APPEALS<br>FOR THE SIXTH CIRCUIT<br>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: July 21, 2008

Mr. James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

      Re: Case No. 06-3522, *USA v. Pugh*
           Originating Case No. : 02-00054

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                    Sincerely yours,

                    s/Robin Duncan
                    Case Manager
                    Direct Dial No. 513-564-7027
                    Fax No. 513-564-7098

cc: Mr. Christopher K. Barnes
    Mr. Timothy J. McKenna
    Honorable David L. Bunning

Enclosure